```
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------------X
      CHRISTOPHER FARAONE,
 4
                               PLAINTIFF,
 5
                 -against-         Case No:
 6                                 13CV9074

 7    THE CITY OF NEW YORK, THE POLICE DEPARTMENT
      OF THE CITY OF NEW YORK, and Police Offers
 8    JOHN DOE and JANE DOE  "1" through "10",
      said names being fictitious, it being the
 9    intention to name all individuals involved
      in the claims herein,
10
                               DEFENDANTS.
11    ----------------------------------------X

12

13                    DATE:  January 28, 2015

14                    TIME:  2:47 p.m.

15

16             DEPOSITION of the Defendant, THE

17    POLICE DEPARTMENT OF THE CITY OF NEW YORK,

18    by a witness, CAPTAIN WILLIAM TAYLOR, taken

19    by the Plaintiff, pursuant to consent and

20    to the Federal Rules of Civil Procedure,

21    held at the offices of the New York City

22    Law Department, 100 Church Street, New

23    York, New York 10007, before Scott

24    Torrance, a Notary Public of the State of

25    New York.
```

```
 1

 2      A P P E A R A N C E S:

 3

 4      MAYNARD, O'CONNOR SMITH & CATALINOTTO, LLP
           Attorney for the Plaintiff
 5         3154 Route 9W
           Saugerties, New York 12477
 6         BY:  ADAM MANDELL, ESQ.

 7

 8      ZACHARY W. CARTER, ESQ.
        CORPORATION COUNSEL
 9      NEW YORK CITY LAW DEPARTMENT
           Attorney for the Defendants
10         100 Church Street
           New York, New York 10007
11         BY:  SHEILA WEINSTEIN, ESQ.

12

13              *           *           *

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2        F E D E R A L   S T I P U L A T I O N S

3

4

5        IT IS HEREBY STIPULATED AND AGREED by and

6        between the counsel for the respective

7        parties herein that the sealing, filing and

8        certification of the within deposition be

9        waived; that the original of the deposition

10       may be signed and sworn to by the witness

11       before anyone authorized to administer an

12       oath, with the same effect as if signed

13       before a Judge of the Court; that an

14       unsigned copy of the deposition may be used

15       with the same force and effect as if signed

16       by the witness, 30 days after service of

17       the original & 1 copy of same upon counsel

18       for the witness.

19

20

21       IT IS FURTHER STIPULATED AND AGREED that

22       all objections except as to form, are

23       reserved to the time of trial.

24

25                    *      *      *      *

1              CAPT. WILLIAM TAYLOR

2     C A P T A I N ·   W I L L I A M

3     T A Y L O R, called as a witness, having

4     been first duly sworn by a Notary Public of

5     the State of New York, was examined and

6     testified as follows:

7     EXAMINATION BY

8     MR. MANDELL:

9          Q.    Please state your name for the

10    record.

11         A.    Captain William Taylor.

12         Q.    Please state your address for

13    the record.

14         A.    1925 Bath Avenue, Brooklyn, New

15    York 11214.

16         Q.    Good afternoon, Captain Taylor.

17    My name is Adam Mandell.  I represent

18    Christopher Faraone.  I'm just going to ask

19    you some questions this afternoon.  It's

20    very important that you understand what I'm

21    asking.  If you don't understand what I'm

22    asking, would you please let me know?

23         A.    Yes.

24         Q.    It's also very important that

25    all of your answers be out loud.  If you

```
 1            CAPT. WILLIAM TAYLOR
 2    nod or shake your head, our reporter here
 3    can't take that down, okay?
 4         A.    Okay.
 5         Q.    Also, if you could avoid saying
 6    things like "uh-huh" or "uhn-uh."  They
 7    have a tendency not to come out clearly on
 8    the record.  If you do respond in that
 9    manner, I might say, is that a yes or is
10    that a no?  It's not because I'm trying to
11    tell what the correct answer is, I'm just
12    trying to clarify the record, all right?
13         A.    Okay.
14         Q.    I'd ask that at any point in
15    time, if you want to take a break, that's
16    fine.  I just ask that you answer my
17    question first before we take that break.
18    Additionally, if you'd allow me to finish
19    asking my question first before you
20    respond.  It makes his job a little bit
21    easier and it makes the record a lot
22    clearer.
23         A.    All right.
24              MS. WEINSTEIN:  And it allows
25         me to get my objection out.
```

```
 1                  CAPT. WILLIAM TAYLOR
 2                  THE WITNESS:  Okay.
 3        Q.    All right.
 4                  MR. MANDELL:  Counsel, will you
 5          accept service on behalf of Captain
 6          Taylor?
 7                  MS. WEINSTEIN:  Yes, I will.
 8                  MR. MANDELL:  Thank you very
 9          much.
10        Q.    Captain, did you review
11    anything in preparation for today?
12        A.    I reviewed some video on
13    Monday, two days ago.
14        Q.    Okay.  How many videos; was it
15    one video, two --
16        A.    I think two.
17        Q.    Prior to reviewing those
18    videos, did you have any independent
19    recollection of the events on
20    September 17th, 2012?
21        A.    No.
22        Q.    After reviewing those records,
23    did -- excuse me, those videos, did that
24    refresh your recollection in any manner?
25        A.    I saw myself in the video, but
```

```
 1                CAPT. WILLIAM TAYLOR
 2    it did not refresh my memory.
 3         Q.     Captain Taylor, I'm going to
 4    bring you through a couple of questions
 5    respecting the answer that you just gave.
 6    Ultimately we're going to get to the video
 7    itself, but just me doing my due diligence,
 8    I have to ask you some background questions
 9    as well.
10         A.     Okay.
11         Q.     Have you consumed any alcohol
12    or drugs in the last 24 hours?
13         A.     No.
14         Q.     Are you on any medications
15    today that would impair your ability to
16    testify?
17                MS. WEINSTEIN:  Note my
18          objection.
19                You may answer.
20         A.     No.
21         Q.     Have you testified before, sir?
22         A.     Yes.
23         Q.     On how many occasions?
24         A.     Twenty times, maybe.
25         Q.     Of those approximately 20
```

```
 1                 CAPT. WILLIAM TAYLOR
 2    times, on how many occasions has it been in
 3    a civil proceeding?
 4                 MS. WEINSTEIN:   Note my
 5           objection.
 6                 You could answer.
 7           A.    Uh, I believe this is my second
 8    time.
 9           Q.    Okay.   When was your first
10    time?
11           A.    Many years ago.   At least ten
12    years ago.
13           Q.    And the first time that you
14    testified at least ten years ago, was that
15    within the capacity of your employment as
16    an NYPD officer?
17           A.    Yes.
18           Q.    Do you recall the sum and
19    substance of that testimony?
20           A.    No.
21           Q.    Do you recall generally what it
22    was about?
23           A.    No, other than it was a setting
24    like this with a stenographer.   I don't
25    remember.
```

```
 1                    CAPT. WILLIAM TAYLOR
 2        Q.      Have you ever been a named
 3    defendant in a civil lawsuit?
 4                    MS. WEINSTEIN:  Do you
 5             understand the question?
 6                    THE WITNESS:  No.
 7        A.      Have I been the subject of a
 8    court -- of --
 9        Q.      Let me --
10                    MS. WEINSTEIN:  Let him
11             rephrase it for you.
12        Q.      I'll rephrase the question.
13                    MS. WEINSTEIN:  Off the record.
14                    (Whereupon, a discussion was
15             held off the record.)
16        Q.      To your knowledge, has your
17    name ever appeared in the caption of a
18    civil lawsuit?
19        A.      In relation to my official
20    police duties.
21        Q.      And how many occasions has that
22    happened?
23        A.      Maybe three times.
24        Q.      Okay.  When was the first time
25    that that happened?
```

```
 1                    CAPT. WILLIAM TAYLOR
 2          A.    I don't remember.
 3          Q.    Can you approximate how long
 4    ago it was?
 5          A.    Fifteen years ago.
 6          Q.    Okay.  And the second time that
 7    it happened?
 8          A.    Ten years ago.
 9          Q.    And the third time?
10          A.    Um, I just got served with
11    papers the other day for an incident that
12    happened.  I think -- I believe it was in
13    2006.
14          Q.    Other than those three
15    occasions, any other times that you've been
16    named in a caption of a lawsuit?
17          A.    No.
18          Q.    Okay.  The incident that you
19    think happened in around 2006, the most
20    recent incident, do you recall what the
21    subject matter of those claims are?
22          A.    No.
23          Q.    Have you ever given testimony
24    at a grievance hearing?
25          A.    As far as I know, no.
```

```
 1              CAPT. WILLIAM TAYLOR
 2        Q.    To your knowledge, have you
 3   ever been the subject of an Internal
 4   Affairs investigation?
 5              MS. WEINSTEIN:  I'm just going
 6         to object and direct the witness not
 7         to answer.  He has not appeared in
 8         any matter in which he was named that
 9         applied to or incorporated the
10         allegations in this plaintiff's
11         complaint.
12        Q.    What is your highest level of
13   education, please?
14        A.    I have a master's degree.
15        Q.    When did you obtain that?
16        A.    1997.
17        Q.    And where from, please?
18        A.    St. John's University.
19        Q.    What was the subject matter of
20   your master's degree?
21        A.    Accounting.
22        Q.    Prior to obtaining your
23   master's degree, did you get an
24   undergraduate degree?
25        A.    Yes.
```

```
 1                    CAPT. WILLIAM TAYLOR
 2         Q.    Where did you get that from?
 3         A.    St. John's.
 4         Q.    What year was that, please?
 5         A.    1992.
 6         Q.    And did you have a particular
 7   area of --
 8         A.    Accounting.
 9         Q.    -- study?
10              MS. WEINSTEIN:  Please permit
11         him to get the whole question out.
12              THE WITNESS:  Okay.
13              MS. WEINSTEIN:  Thank you.
14         Q.    We all do that.  It's
15   conversation.
16              MS. WEINSTEIN:  It's human
17         nature.
18              MR. MANDELL:  Yes.
19         Q.    Other than the master's degree
20   and the undergraduate degree in accounting,
21   any other continuing professional education
22   that you've obtained?
23         A.    No.
24         Q.    Online courses, anything like
25   that?
```

```
  1                    CAPT. WILLIAM TAYLOR
  2          A.    No.
  3          Q.    Have you ever served in the
  4   military?
  5          A.    No.
  6          Q.    Did there come a point in time
  7   when you became a police officer?
  8          A.    Yes.
  9          Q.    When was that, please?
 10          A.    January 30th, 1995.
 11          Q.    Did you first become a police
 12   officer with the New York Police Department
 13   or someone else -- something else?
 14          A.    No, this police department.
 15          Q.    Okay.
 16          A.    I was a city sheriff before
 17   that, before that date, from -- from
 18   October of 1992.
 19               MS. WEINSTEIN:  Please don't
 20          volunteer information.  Just answer
 21          what's directly asked.
 22               THE WITNESS:  Okay.
 23          Q.    What training, if any, did you
 24   receive in order to become a city sheriff?
 25          A.    I don't remember.
```

```
1                    CAPT. WILLIAM TAYLOR

2          Q.     Did you have to go to an

3    academy?

4          A.     Uh, a brief academy.  It wasn't

5    long.  It was only a few weeks, as I

6    recall.

7          Q.     Do you recall anything about

8    the training you received to become a city

9    sheriff?

10         A.     No.

11         Q.     I believe you testified that

12   you became a police officer with NYPD in

13   January of 1995?

14         A.     Yes.

15                MS. WEINSTEIN:  That's correct.

16         Q.     Okay.  What training, if any,

17   did you receive to become a police officer

18   with the New York Police Department?

19         A.     I spent six months in the

20   police academy.

21         Q.     Okay.  What training did you

22   receive regarding taking people into

23   custody?

24         A.     Um --

25                MS. WEINSTEIN:  Do you
```

```
 1              CAPT. WILLIAM TAYLOR
 2        understand the question?
 3              THE WITNESS:  I don't
 4        understand the question.
 5        Q.     Let me see if I could rephrase
 6     it.
 7              When you were being trained to
 8     become a police officer, were you
 9     instructed how to take a person into
10     custody?
11        A.     I would have to say yes.
12        Q.     Okay.  Do you recall what that
13     instruction was?
14        A.     No.
15        Q.     When you were training to
16     become a police officer, were you trained
17     on the grounds of when you could arrest
18     someone?
19        A.     Yes.
20        Q.     Do you recall what that
21     training is?
22        A.     Probable cause, that an offense
23     was committed.
24        Q.     What is your understanding of
25     what probable cause means?
```

```
 1                CAPT. WILLIAM TAYLOR
 2      A.    Um --
 3            MS. WEINSTEIN:   Just note my
 4      objection.  Lacking a foundation.
 5            You could answer over
 6      objection.
 7      A.    Probable cause is, uh, that you
 8  have a reasonable cause to believe that the
 9  person committed the offense.
10      Q.    When you were training to
11  become a police officer, did you receive
12  any training regarding interactions with
13  members of the press?
14      A.    I do not believe so.
15      Q.    When you were training to
16  become a police officer, did you receive
17  any training regarding policing public
18  demonstrations?
19      A.    No.
20      Q.    When you were training to
21  become a police officer, did you receive
22  any training regarding the use of force in
23  taking a person into custody?
24      A.    Yes.
25      Q.    What training did you receive
```

```
 1              CAPT. WILLIAM TAYLOR
 2    regarding the use of force?
 3         A.    The minimal amount of force
 4    necessary to effect the arrest.
 5         Q.    What training, if any, did you
 6    receive in becoming a police officer
 7    regarding the use of searches?
 8         A.    Um, I was trained that when a
 9    person is arrested they're arrested,
10    they're searched.  An initial search at the
11    scene and a more thorough search back at
12    the stationhouse.
13         Q.    Were you trained in what manner
14    a person is searched at the scene?
15         A.    Yes.
16         Q.    And how is a person searched at
17    the scene?
18         A.    A pat-down of the body.
19         Q.    What are you trained to look
20    for when you're doing a pat-down of the
21    body?
22         A.    After an arrest is made, any
23    property on the person, any, uh -- anything
24    that would -- anything that's on -- that's
25    on the person.
```

```
 1              CAPT. WILLIAM TAYLOR
 2         Q.    I don't mean to misquote your
 3    testimony, but I think you said a more
 4    thorough search is done when he get to the
 5    precinct; is that correct?  Something to
 6    that effect?
 7         A.    Yeah, yeah.
 8         Q.    What training, if any, did you
 9    receive regarding doing the more thorough
10    search back at the precinct?
11         A.    Well, the field search is just
12    to make sure there's no weapons or anything
13    like that to -- prior to the transport; and
14    then, once back at the stationhouse, a more
15    thorough search is done; how much money
16    they have, whatever belongings they have,
17    jewelry, stuff like that.
18         Q.    In what manner is that done?
19         A.    Go through all the pockets.
20         Q.    What training did you receive
21    in becoming a police officer with respect
22    to strip searches?
23              MS. WEINSTEIN:  Just note my
24         objection.  Lacking a foundation.
25              If you understand you could
```

```
 1              CAPT. WILLIAM TAYLOR
 2        Q.     In becoming a New York Police
 3   Department officer, were you trained
 4   regarding the rights of persons taken into
 5   custody?
 6        A.     Yes.
 7        Q.     What training did you receive
 8   with respect to the rights of persons taken
 9   into custody?
10        A.     I don't recall.
11        Q.     When you first started with the
12   New York Police Department, what was your
13   initial status when you were hired?  Were
14   you an officer?
15        A.     Police officer.
16        Q.     Did there come a point in time
17   when you received a promotion?
18        A.     Yes.
19        Q.     When was that, please?
20        A.     May of 1999.
21        Q.     And what promotion did you
22   receive at that time?
23        A.     Detective.
24        Q.     Did you have to take an exam
25   for that promotion?
```

```
 1                    CAPT. WILLIAM TAYLOR
 2         A.    No.
 3         Q.    Following becoming a detective,
 4    did you receive another promotion?
 5         A.    Yes.
 6         Q.    When was that, please?
 7         A.    June of 2000.
 8         Q.    And what rank did you attain at
 9    that time?
10         A.    Sergeant.
11         Q.    Did you have to take an exam to
12    become a sergeant?
13         A.    Yes.
14         Q.    And how many occasions did you
15    take that exam?
16         A.    Once.
17         Q.    Following becoming a sergeant,
18    did you receive a promotion at that time,
19    following becoming a sergeant?
20         A.    Yes.
21         Q.    When did you receive your next
22    promotion?
23         A.    December of 2003.
24         Q.    And what rank did you attain at
25    that time?
```

```
 1                    CAPT. WILLIAM TAYLOR
 2          A.     Lieutenant.
 3          Q.     Did you have to take an exam to
 4     become a lieutenant?
 5          A.     Yes.
 6          Q.     On how many occasions did you
 7     take that exam?
 8          A.     Once.
 9          Q.     Following becoming a lieutenant
10     in 2003, did you receive any other
11     promotions?
12          A.     Yes.
13          Q.     And when did you next receive a
14     promotion?
15          A.     December of 2008.
16          Q.     What promotion did you receive
17     at that time?
18          A.     Captain.
19          Q.     Is that the rank you currently
20     hold?
21          A.     Yes.
22          Q.     Other than what you've already
23     told me about, have you received any
24     additional training as a police officer?
25          A.     No.
```

1                CAPT. WILLIAM TAYLOR

2        Q.     Is there any continuing

3    professional development?  Once you become

4    a police officer, do they have trainings?

5        A.     I've gone to training classes,

6    yeah.

7        Q.     What training classes have you

8    attended since becoming a police officer?

9        A.     I've gone to the homicide

10   course, the criminal investigation's

11   course, obviously firearms qualifications

12   two times a year.  There's courses given

13   after every promotion.  Other than that, I

14   can't think of anything else.

15       Q.     Are there other courses that

16   you took that you're currently not

17   remembering?

18       A.     If there are, it's very few.

19       Q.     Okay.  I'm sure your attorney

20   will tell you this later, but following

21   this transcript being issued they'll be

22   a -- what's called an errata sheet which

23   will give you the opportunity to correct

24   your testimony.  We'll leave a blank in the

25   testimony -- the transcript here, and if

```
 1                CAPT. WILLIAM TAYLOR
 2    you think of any other courses that you
 3    took, you could fill them in at a later
 4    time, okay?
 5         A.    Okay.
 6    _____
 7    _____
 8         Q.    Did you receive any training
 9    regarding interacting with members of the
10    press?
11         A.    No.  Not that I recall.
12         Q.    Any other training relevant to
13    your performances -- the performance of
14    your duties as a police officer, that we
15    haven't already discussed?
16         A.    Not that I could think of, no.
17         Q.    Were you working for the
18    New York Police Department on
19    September 17th, 2012?
20         A.    Yes.
21         Q.    When did you start working on
22    that day?
23         A.    I don't know.
24              MR. MANDELL:  Off the record.
25              (Whereupon, a discussion was
```

```
 1                CAPT. WILLIAM TAYLOR
 2          held off the record.)
 3          Q.    Captain, do you remember
 4    whether it was morning, afternoon or
 5    something else, when you first started
 6    working on September --
 7          A.    No.  I would say it was the
 8    morning.
 9          Q.    Please allow me to finish
10    asking the question before you answer.  It
11    makes his job easier.  Thank you.
12                Did there come a point in time
13    on September 17th, 2012, when you went to
14    lower Manhattan in the area of One Chase
15    Manhattan Plaza?
16          A.    Yes.
17          Q.    Okay.  Do you know
18    approximately what time it was that you
19    went into that general area?
20          A.    No.
21          Q.    Was there a reason that you
22    went to that area; were you ordered to or
23    did you go on your own or something else?
24          A.    I was ordered to go there.
25          Q.    Who ordered you to go there?
```

```
1                    CAPT. WILLIAM TAYLOR
2         A.    I don't know.
3         Q.    Do you generally receive your
4    orders from one individual or multiple
5    individuals or something else?
6         A.    Multiple individuals.
7         Q.    When you first arrived in the
8    area of One Chase Manhattan Plaza, what did
9    you observe?
10        A.    I don't recall.
11        Q.    Do you recall seeing a crowd of
12   protesters there?
13             MS. WEINSTEIN:  Just note my
14        objection to the form.
15             You could answer if you
16        understand.
17        A.    My only recollection of that
18   day is what was shown to me on Monday on
19   the video.
20        Q.    Okay.  So, the video refreshed
21   your recollection and that's the extent of
22   what you remember?
23        A.    Uh, the video showed me that I
24   was there.  It did not refresh my
25   recollection.
```

```
 1                    CAPT. WILLIAM TAYLOR

 2         Q.     We'll get to the video in a

 3    second.

 4                    Generally speaking, do you have

 5    any recollection of September 17th, 2012,

 6    that there were protesters in the vicinity

 7    of One Chase Manhattan Plaza?

 8         A.     My recollection is -- I recall

 9    from viewing the video.

10         Q.     You recall the appearance of

11    the protesters, generally speaking, at One

12    Chase Manhattan Plaza?

13         A.     Yes.

14         Q.     Were they carrying placards?

15         A.     I don't recall.

16         Q.     Were they wearing any

17    particular uniform or common clothing that

18    showed you that they were a group of

19    people?

20                    MS. WEINSTEIN:   Objection to

21             the form.

22                    If you understand it, you could

23             answer.

24         A.     I don't recall.

25         Q.     Do you recall seeing a group of
```

```
 1                  CAPT. WILLIAM TAYLOR
 2    protesters all wearing a similar hat that
 3    looked like a Robinhood hat?
 4                  MS. WEINSTEIN:   Objection to
 5           the form.
 6         A.    No.
 7         Q.    Do you recall there being other
 8    civilians in the vicinity of the One Chase
 9    Manhattan Plaza that were not in the mass
10    of protesters?
11         A.    No.
12         Q.    When you first arrived in the
13    vicinity of One Chase Manhattan Plaza, do
14    you recall where you physically were
15    located; were you on the sidewalk, the
16    street, something else?
17         A.    I don't recall.
18         Q.    When you received your orders
19    to go to the vicinity of One Chase
20    Manhattan Plaza, did you have any
21    understanding of why you were going to that
22    area?
23         A.    Yes.
24         Q.    What was your understanding?
25         A.    To make sure the protesters,
```

1                CAPT. WILLIAM TAYLOR

2      based in an orderly manner, did not

3      obstruct vehicle or pedestrian traffic.

4           Q.    Did you anticipate that there

5      would be persons, other than protesters, in

6      the vicinity of One Chase Manhattan Plaza?

7           A.    No.

8           Q.    Did you anticipate that there'd

9      be pedestrian traffic in the area of One

10     Chase Manhattan Plaza?

11          A.    I never thought about it.

12          Q.    Did you anticipate that there'd

13     be members of the media in the vicinity of

14     One Chase Manhattan Plaza?

15          A.    No.

16          Q.    Prior to September 17th, 2012,

17     had you covered -- excuse me, had you been

18     ordered to police Occupy Wall Street

19     protests in the past?

20          A.    Yes.

21          Q.    On the occasions that you had

22     policed Occupy Wall Street protests before

23     September 17th, 2012, did you observe

24     members of the media present on the

25     periphery of those protests?

```
 1                CAPT. WILLIAM TAYLOR
 2        A.    Yes.
 3        Q.    On the occasions prior to
 4   September 17th, 2012, when you policed
 5   Occupy Wall Street protests, did you
 6   observe civilians, other than protesters,
 7   in the vicinity of those protests?
 8             MS. WEINSTEIN:  May I hear the
 9        question back, please?
10             (Whereupon, the referred to
11        portion of the record was read back
12        by the reporter.)
13             MS. WEINSTEIN:  Okay.  I'm
14        going to object to the form of the
15        question.
16             If you understand, you may
17        answer.
18        A.    No.
19        Q.    You didn't observe or you don't
20   understand?
21        A.    I don't recall.  I do not
22   recall.
23        Q.    Prior to September 17th, 2012,
24   when you policed Occupy Wall Street
25   protests, how would you differentiate
```

```
 1                CAPT. WILLIAM TAYLOR
 2    protesters from members of the media?
 3          MS. WEINSTEIN:  Objection.
 4          Form.  You're lacking a foundation.
 5          You're assuming --
 6          MR. MANDELL:  He just testified
 7          that prior occasions he observed
 8          protesters, as well as members of the
 9          media.  I'm asking him how he
10          differentiated between the two on
11          those prior occasions.
12          MS. WEINSTEIN:  You're not
13          letting me make my objection.
14          MR. MANDELL:  I'm sorry.  I
15          thought you were done.
16          MS. WEINSTEIN:  My objection is
17          not whether he did it, it's how he
18          did it, and he's not had any
19          testimony to say that he consciously
20          differentiated between protesters and
21          members of the media, and if we could
22          just hear your question back.
23          MR. MANDELL:  Okay.
24          (Whereupon, the referred to
25          portion was read back by the
```

```
 1              CAPT. WILLIAM TAYLOR
 2         reporter.)
 3              MS. NAMVAR:  So, not your prior
 4         question, but two questions back in
 5         response, the answer was no.
 6              MR. MANDELL:  Okay.
 7              THE WITNESS:  The answer was
 8         yes.
 9              MR. MANDELL:  The answer was
10         yes.
11              MS. WEINSTEIN:  Okay.  I don't
12         understand that, but go ahead.
13         Q.    Okay.  Do you need the last
14    question?
15         A.    No.
16              The members of the media had
17    credentials on them, on their, uh, on
18    lanyards and your their neck.
19         Q.    So, the credentials is how you
20    differentiate it?
21         A.    Yes.
22         Q.    Is there any other
23    characteristic of a protestor that you
24    would differentiate them from members of
25    the general public or press, or anyone else
```

```
 1                    CAPT. WILLIAM TAYLOR
 2     for that matter?
 3          A.    No.
 4          Q.    So, it wouldn't matter if they
 5     were carrying a placard?
 6          A.    Well, that might be a factor.
 7          Q.    And if they're wearing a sign
 8     on their body?
 9               MS. WEINSTEIN:  I'm just going
10          to object.  You're asking a
11          hypothetical now and I direct the
12          witness not to answer.
13               MR. MANDELL:  Okay.  I'll ask
14          it a different way.
15          Q.    In assessing whether a person
16     was a protestor on prior occasions while
17     policing Occupy Wall Street protests, would
18     you observe whether the person was carrying
19     a placard to determine whether or not they
20     were a protestor?
21          A.    That would be one way.
22          Q.    Okay.  What are the other ways
23     that you would differentiate whether
24     someone was a protestor or not?
25          A.    Well, if they were marching
```

1                    CAPT. WILLIAM TAYLOR

2       with the crowd, if they were going with the

3       crowd in whatever direction the crowd was

4       going as oppose to just walking by.

5            Q.    Okay.  Any other factors?

6            A.    No.

7            Q.    On those prior occasions, did

8       you take into account the clothing that the

9       individual was wearing?

10           A.    No.

11           Q.    On those prior occasions that

12      you policed Occupy Wall Street protests,

13      did you ever observe that protesters were

14      dressed in a similar fashion?

15           A.    Not that I recall.

16           Q.    On the prior occasions that you

17      policed Occupy Wall Street protests, did

18      you observe the conduct of protesters?

19           A.    Yes.

20           Q.    Was there any way in which the

21      conduct of protesters, on the prior

22      occasions that you policed Occupy Wall

23      Street protests, differentiated them from

24      other civilians in the vicinity?

25           A.    The behavior of certain people

```
 1                    CAPT. WILLIAM TAYLOR
 2    differentiated them.
 3         Q.    Okay.   What were some of those
 4    behaviors, please?
 5         A.    I don't recall now.
 6         Q.    Was shouting or chanting one of
 7    those behaviors?
 8         A.    Yes.
 9         Q.    Was yelling at police officers
10    one of those behaviors?
11         A.    Yes.
12         Q.    Was yelling at banks one of
13    your those behaviors?
14         A.    Yes.
15         Q.    Prior to September 17th, 2012,
16    did you receive any internal memorandum
17    regarding Occupy Wall Street protests?
18         A.    No.
19         Q.    Prior to September 17th, 2012,
20    did you receive any memorandum regarding
21    interactions with the press?
22         A.    No.
23         Q.    Before September 17th, 2012,
24    were you personally involved in the arrest
25    of any journalists related to Occupy Wall
```

```
 1                CAPT. WILLIAM TAYLOR

 2   Street protests?

 3        A.    No.

 4        Q.    Before September 17th, 2012,

 5   are you aware of any prior arrests of

 6   reporters covering Occupy Wall Street

 7   protests?

 8        A.    No.

 9        Q.    Did there come a point in time

10   when you became personally involved in

11   Mr. Faraone being taken into custody by the

12   New York Police Department?

13              MS. WEINSTEIN:   Objection as to

14         form.

15              You could answer.

16        A.    Yes.

17        Q.    When was that?

18        A.    On that date in question,

19   whatever date we're talking about,

20   September --

21        Q.    September 17th?

22        A.    Right.

23        Q.    Do you recall in what manner

24   you became involved in taking Mr. Faraone

25   into custody?
```

1                    CAPT. WILLIAM TAYLOR

2          A.    Um, my only recollection is

3    what I saw in the video two days ago.

4          Q.    Okay.  Leading up to the time

5    that you became involved in taking

6    Mr. Faraone into custody, did you receive

7    any order or orders from anyone directing

8    you to do so?

9          A.    Well, let me make this clear.

10   I never took Mr. Faraone into custody.

11         Q.    Okay.  What involvement, if

12   any, did you have then with respect to --

13         A.    I had no involvement.  I was

14   reading the orders over the bullhorn to --

15   for people to, uh, not block the sidewalk.

16   Whatever the statute was.  I had a -- a

17   card with me of the disorderly conduct

18   provision that I was reading over a

19   bullhorn.

20         Q.    Okay.  And do you still have a

21   copy of that card?

22         A.    I do not.

23         Q.    Who provided you with that

24   card?

25         A.    I don't remember.

```
 1                    CAPT. WILLIAM TAYLOR
 2        Q.    Okay.  Do you know when they
 3   provided you with that card?
 4        A.    No.
 5        Q.    On September 17th, 2012, on how
 6   many occasions did you read that card into
 7   the bullhorn?
 8        A.    My only recollection would be
 9   what I saw on the video.  I believe I -- I
10   believe I did it about five times, that I
11   saw, if memory serves me right.
12        Q.    Captain, where were you
13   physically located the first time you read
14   that card into the bullhorn?
15        A.    I don't recall.
16        Q.    And my question could have been
17   a little bit better.
18              Do you know whether you were in
19   the street, on the sidewalk or something
20   else?
21        A.    I don't know.
22        Q.    Do you remember which way you
23   were facing; were you facing Chase,
24   somewhere else?
25        A.    I don't know.
```

```
 1                CAPT. WILLIAM TAYLOR
 2                MS. WEINSTEIN:   Objection to
 3           the form.
 4           Q.    Was there an individual or
 5      individuals that -- the first time that you
 6      read the card into the bullhorn that that
 7      order was directed to?
 8           A.    Could you repeat that, please?
 9           Q.    I'll rephrase it.
10                Who were you reading the card
11      to over the bullhorn?
12           A.    To the protesters that were
13      present at the location.
14           Q.    Do you recall on the first
15      occasion that you read the order through
16      the bullhorn, where the protesters were
17      located?
18           A.    No.
19           Q.    Do you recall what response, if
20      any, occurred after you read the first
21      order over the bullhorn?
22           A.    No.
23           Q.    Anything else about the first
24      time you read the order over the bullhorn,
25      that you recall?
```

```
 1                    CAPT. WILLIAM TAYLOR
 2         A.    No.
 3         Q.    Do you know where you were the
 4    second time you read the order over the
 5    bullhorn?
 6         A.    No.
 7         Q.    Do you know who that order was
 8    directed to?
 9         A.    The protesters that were
10    present.
11         Q.    I'll save you the time of going
12    through all five.  Is it going to be your
13    testimony that on each occasion that you
14    read the order over the bullhorn, it was
15    directed towards protesters?
16         A.    Yes.
17         Q.    Do you recall what Mr. Faraone
18    looks likes?
19         A.    No.
20         Q.    Do you know what ethnicity he
21    is?
22         A.    No.
23         Q.    Do you know whether or not he
24    was carrying a placard?
25         A.    No.
```

```
1                    CAPT. WILLIAM TAYLOR
2          Q.     Do you know if he was wearing
3     any sort of protesting costume?
4          A.     No.
5          Q.     You don't know or he wasn't?
6          A.     I don't know.
7          Q.     Do you know whether or not he
8     was shouting or chanting?
9          A.     I don't know.
10         Q.     Do you know where Mr. Faraone
11    was located in the moments before taken
12    into police custody?
13         A.     No.
14         Q.     At any point in time did you
15    personally perform a search of Mr. Faraone?
16         A.     No.
17         Q.     At any point in time did you
18    administer a field test to determine
19    whether he was under the influence of any
20    drugs?
21         A.     No.
22         Q.     Did you personally observe
23    Mr. Faraone being taken into custody?
24         A.     I don't know.
25         Q.     Do you have any recollection of
```

```
 1                    CAPT. WILLIAM TAYLOR
 2    him being taken into custody?
 3         A.    No.
 4         Q.    Do you have any recollection of
 5    whether any amount of force was used in
 6    taking Mr. Faraone into custody?
 7         A.    No.
 8         Q.    You have no recollection or --
 9         A.    No recollection.
10         Q.    Do you know what New York
11    Police Department officer or officers took
12    Mr. Faraone into custody?
13         A.    Based on viewing the video, I
14    believe it was Captain Redmond.
15         Q.    Could you spell the last --
16         A.    I believe it's R-e-d-m-o-n-d.
17         Q.    Anyone else that you -- you
18    recognize as being a person that took
19    Mr. Faraone into custody?
20         A.    No.
21         Q.    Did you see Mr. Faraone being
22    brought to the ground?
23         A.    I don't recall.
24         Q.    Did you see Mr. Faraone resist
25    arrest?
```

```
 1                    CAPT. WILLIAM TAYLOR
 2           A.     I don't recall.
 3           Q.     Did you see Mr. Faraone attempt
 4    to flee?
 5           A.     I don't remember.
 6           Q.     Do you know whether Mr. Faraone
 7    was found to have any type of weapon on
 8    him?
 9           A.     I don't know.
10           Q.     Did you see Mr. Faraone leave
11    the vicinity of One Chase Manhattan Plaza?
12           A.     I don't recall.
13           Q.     Do you recall whether or not he
14    walked on his own or he was carried or
15    something else?
16           A.     I do not recall.
17           Q.     Did you prepare any
18    documentation regarding the arrest of
19    Mr. Faraone?
20           A.     No.
21           Q.     Did you prepare any charges
22    against Mr. Faraone?
23           A.     No.
24           Q.     Without identifying the
25    individual's name, are you aware of any
```

```
 1              CAPT. WILLIAM TAYLOR
 2    additional individuals who were arrested in
 3    the immediate vicinity of where Mr. Faraone
 4    was?
 5          A.    No.
 6          Q.    Did you hear anything said by
 7    other New York Police Department officers
 8    to Mr. Faraone when he was taken into
 9    custody?
10          A.    No.
11          Q.    At any point in time did you
12    hear Mr. Faraone identify himself as a
13    member of the media?
14          A.    I don't recall.
15          Q.    Are you aware of any action
16    that was taken with respect to Mr. Faraone
17    identifying himself as a member of the
18    media?
19          A.    No.
20          Q.    Are you aware of any other
21    members of the media being arrested during
22    the Occupy Wall Street protest on
23    September 17th, 2012?
24          A.    No.
25          Q.    Did you escort Mr. Faraone from
```

```
 1                    CAPT. WILLIAM TAYLOR
 2     the vicinity of One Chase Manhattan Plaza?
 3          A.    No.
 4          Q.    Did you load him into the
 5     patrol wagon?
 6          A.    No.
 7          Q.    Once arriving at the precinct,
 8     did you have any further involvement with
 9     Mr. Faraone?
10          A.    I never went to the precinct.
11          Q.    I'm sorry.  That was a poorly
12     asked question on my part.
13               After Mr. Faraone arrived at
14     the precinct, did you have any further
15     involvement -- or what involvement, if any,
16     did you have?
17          A.    None.
18          Q.    Okay.
19               MR. MANDELL:  Off the record
20           for a minute.
21               (Whereupon, a discussion was
22           held off the record.)
23          Q.    At any point in time while
24     Mr. Faraone was being taken into custody,
25     did you hear him ask to call his attorney?
```

```
 1                   CAPT. WILLIAM TAYLOR
 2        A.    I do not recall.
 3        Q.    At any point in time did you
 4   see Mr. Faraone obstructing traffic in the
 5   vicinity of One Chase Manhattan Plaza?
 6        A.    I don't recall.
 7        Q.    At any point in time did you
 8   observe Mr. Faraone refusing to move on
 9   after an order to do so was given?
10        A.    I don't recall.
11        Q.    Captain, I'm going to show you
12   what we've been using during these
13   depositions.  For identification we've
14   identified it as video 4358, which is the
15   last four digits of the digital file that
16   it is.  What I'm going to do is, I'm going
17   to come around to the same side as you, if
18   that's all right.
19              MS. WEINSTEIN:  You could make
20          it that the two of you could see and
21          I could stand.
22        Q.    Can you see?
23        A.    I could see fine.
24        Q.    What we're going to do,
25   Captain, is I'm going to let it play
```

```
 1                    CAPT. WILLIAM TAYLOR
 2    through once first and ask you to watch it
 3    just to re-familiarize yourself with it.
 4         A.    Uh-huh.
 5         Q.    And then the second time
 6    through I'm going to stop it at various
 7    points and ask you some questions, all
 8    right?
 9         A.    Okay.
10         Q.    It's at -- almost at the
11    beginning.  It's at 01 seconds, but it's
12    just a lead-in, all right?
13              MR. MANDELL:  And I'll note for
14         counsel that I'm turning up the
15         volume here.
16              MS. WEINSTEIN:  Thank you.
17         Q.    If you can't see or hear, would
18    you please let me know?
19         A.    Yes.
20         Q.    All right.  You ready, sir?
21         A.    Yes.  I'd like it a little
22    louder than that.
23         Q.    Let me turn it up.  And this
24    first time through you're just going to be
25    watching and re-familiarizing yourself; the
```

```
 1              CAPT. WILLIAM TAYLOR
 2    second time I'll ask you questions.
 3              (Whereupon, there was a brief
 4         pause in testimony.)
 5         Q.    Captain, after watching the
 6    video that's been identified as 4358, does
 7    that refresh your recollection any further
 8    regarding the events that took place on
 9    September 17th, 2012?
10         A.    Yeah, as far as what's on
11    there.
12         Q.    Okay.  With respect to what's
13    on there, do you recall where you
14    physically were located at the time you
15    gave the order to clear the sidewalk?
16         A.    It appears I was on the
17    sidewalk.
18         Q.    All right.  And do you recall
19    in what direction you were facing when you
20    gave that order?
21         A.    Facing the protesters.
22         Q.    Okay.  Where were the
23    protesters located?
24         A.    On the sidewalk.
25         Q.    Okay.  Were they located
```

```
 1                CAPT. WILLIAM TAYLOR
 2   anywhere else, other than the sidewalk?
 3        A.    I don't recall.  I'd have to
 4   look at it again.
 5        Q.    Okay.  Would you like to watch
 6   it again?
 7        A.    If they were somewhere else
 8   other than the sidewalk, I'd like to watch
 9   it again.
10        Q.    Okay.  My next question's going
11   to be whether or not there's a courtyard in
12   the vicinity of where the protesters were.
13        A.    Okay.  So, there was -- I saw
14   the courtyard.  There were protesters --
15   there was a group of protesters in the
16   courtyard; there were some on the sidewalk
17   as well.
18        Q.    Prior to the protesters being
19   in the courtyard and the sidewalk, do you
20   know where they were located?
21        A.    No.
22        Q.    Do you know whether or not
23   they're being moved from a different
24   location to that location or something
25   else?
```

```
 1                    CAPT. WILLIAM TAYLOR
 2        A.    I don't know.
 3        Q.    Okay.  Where were the
 4   protesters being directed to move to?
 5        A.    Off the sidewalk.
 6        Q.    Okay.  Where to off the
 7   sidewalk?
 8        A.    I guess onto the -- into the
 9   plaza, into the courtyard.
10        Q.    Okay.
11              MS. WEINSTEIN:  Don't guess.
12         If you don't know, say "I don't
13         know."
14        A.    Well, they were directed to
15   move from the sidewalk.  So, the courtyard
16   would be off the sidewalk.
17        Q.    Were they being directed to go
18   into the street?
19        A.    No.
20              MS. WEINSTEIN:  Off the record.
21              (Whereupon, a discussion was
22         held off the record.)
23        Q.    In reviewing the video, did
24   that refresh your recollection of
25   Mr. Faraone's appearance in any manner?
```

1              CAPT. WILLIAM TAYLOR

2         A.    I see him in the video.

3         Q.    Okay.  Having seen him in the

4    video, do you recall whether or not he was

5    wearing -- he's wearing anything that would

6    characterize him as a protestor?

7         A.    No.

8         Q.    No costume or anything like

9    that?

10        A.    No.

11        Q.    From watching the video, does

12   that refresh your recollection of whether

13   or not Mr. Faraone was carrying a placard

14   or a protest sign?

15        A.    He was not.

16        Q.    In reviewing the video, does

17   that refresh your recollection of whether

18   or not he had any political pins or

19   stickers on his person?

20        A.    I did not see in the video.

21        Q.    In reviewing the video, did you

22   observe Mr. Faraone or do you recall now

23   Mr. Faraone chanting or yelling anything as

24   a protest chant?

25        A.    Not that I saw.

```
 1                CAPT. WILLIAM TAYLOR
 2        Q.     In reviewing the video, does it
 3   refresh your recollection of whether or not
 4   Mr. Faraone was standing in a large crowd
 5   of protesters?
 6             MS. WEINSTEIN:  Please don't
 7        guess.  Just what you know.
 8        A.     I don't know.
 9        Q.     In reviewing the video, does it
10   refresh your recollection whether or not
11   Mr. Faraone was blocking pedestrian traffic
12   on the sidewalk?
13        A.     The first time I see
14   Mr. Faraone is when the other captain is
15   grabbing him in the video.  I did not see
16   him prior to that.
17        Q.     Okay.  On the video, when the
18   other captain is grabbing him, as you
19   described, did that refresh your
20   recollection of whether or not there was
21   anyone else immediately next to Mr. Faraone
22   at that time?
23        A.     No.
24        Q.     It doesn't refresh your
25   recollection or there was no one else
```

```
 1                CAPT. WILLIAM TAYLOR

 2    immediately --

 3         A.    It doesn't refresh my

 4    recollection.

 5         Q.    In reviewing the video, does

 6    that refresh your recollection of whether

 7    or not Mr. Faraone resisted arrest?

 8         A.    No.

 9         Q.    It doesn't refresh your

10    recollection or --

11         A.    It does not refresh my

12    recollection.

13         Q.    In reviewing the video, does it

14    refresh your recollection of whether or not

15    Mr. Faraone attempted to flee?

16         A.    It does not appear in the video

17    that he attempted to flee.

18         Q.    Does it appear in the video

19    that he resisted arrest?

20         A.    I'd have to look at it again.

21         Q.    Would you like to?

22         A.    Sure.

23               (Whereupon, there was a brief

24          pause in testimony.)

25         Q.    Captain, I'm just interrupting
```

```
 1              CAPT. WILLIAM TAYLOR
 2  for a second before we get anywhere.  If
 3  there comes a point in time where you want
 4  me to stop it or you see --
 5       A.    Okay.
 6       Q.    -- something you want to
 7  comment on, let me know so we can pause it;
 8  we could get the timing on it as well.
 9       A.    Okay.
10       Q.    Thank you.
11            MS. WEINSTEIN:  Could I just
12        ask one quick question?
13            Did you hear someone, an
14        officer asking Mr. Faraone if he was
15        okay just now?
16            THE WITNESS:  Yes.
17            MS. WEINSTEIN:  Do you know who
18        that was, who that officer was?
19            THE WITNESS:  It looked like it
20        was Captain Redmond.
21            MS. WEINSTEIN:  Okay.  And did
22        you hear any response from
23        Mr. Faraone?
24            THE WITNESS:  He said -- he
25        nodded his head yes.
```

```
1                    CAPT. WILLIAM TAYLOR
2               MS. WEINSTEIN:  Thank you.
3               What number was that at?
4               MR. MANDELL:  I'm sorry.  I
5          just reset it.  It was at the end of
6          the last clip, though, probably from
7          the last ten seconds of -- I just
8          rewound --
9               MS. WEINSTEIN:  It's okay.
10         Which one are we looking at?  4358?
11              MR. MANDELL:  Yes, that's
12         right.
13              MS. WEINSTEIN:  Okay.
14         Q.    Previously I believe the last
15    question I asked was whether or not
16    Mr. Faraone resisted arrest and you said
17    you wanted to look at the video to refresh
18    your recollection.  And now that we've
19    watched the video again, does that refresh
20    your recollection at all of whether or not
21    Mr. Faraone resisted arrest?
22         A.    No.  The -- the brief portion
23    that I saw with Mr. Faraone in the picture,
24    I would say he did not resist arrest from
25    what I saw, but there was -- obviously
```

```
 1                 CAPT. WILLIAM TAYLOR
 2   there was interaction that was not caught
 3   on the camera.
 4        Q.    Did watching the video refresh
 5   your recollection whether Mr. Faraone
 6   walked on his own away from the -- after
 7   being taken into custody?
 8        A.    I don't --
 9        Q.    Let me rephrase the question.
10   I didn't ask it very well.
11             Did watching the video refresh
12   your recollection of whether or not
13   Mr. Faraone was carried away from the scene
14   or whether or not he walked on his own?
15        A.    It appeared to me that he
16   walked away on his own.
17        Q.    Okay.  Did he appear to be
18   doing so cooperatively and following
19   directions?
20        A.    Yes.
21        Q.    We're going to go through the
22   video another time, Captain.  I'm going to
23   ask you to have your hand on the spacebar
24   here and whenever you see yourself or any
25   other officer or member of the New York
```

```
 1                 CAPT. WILLIAM TAYLOR
 2   Police Department that you recognize, that
 3   is interacting with Mr. Faraone in any
 4   manner, to stop it, and at that point we
 5   can read the timing and I'll ask you some
 6   questions at that point.
 7        A.    Okay.
 8        Q.    Captain, if it would be all
 9   right, I'd like to come around to the side
10   of the table where you are.   Thank you.
11             All right.   Captain, whenever
12   you're ready.
13        A.    What do I hit?
14        Q.    The spacebar here.   That'll
15   start it.
16        A.    That's me right there.
17        Q.    Okay.
18             MR. MANDELL:   We're at four
19        seconds and the captain just
20        identified himself on the right-hand
21        portion of the screen.
22        Q.    Appears that you have a blue
23   and white bullhorn in your left hand; is
24   that correct, Captain?
25        A.    Yes.
```

```
 1               CAPT. WILLIAM TAYLOR
 2        Q.    Just stop it, Captain.  Let's
 3   go back a second.
 4        A.    If you're asking me who that
 5   gentleman is --
 6        Q.    Yes.
 7        A.    He's a deputy inspector.  I do
 8   not know his name.  He was there with me
 9   that day.  I never met him before.
10        Q.    And that was at
11   approximately -- it's probably 24 seconds
12   because there was a slight delay before we
13   stopped it.  But he's a deputy inspector?
14        A.    Yes.
15        Q.    Do you know what precinct he's
16   with?
17        A.    No.
18        Q.    Do you know anything else about
19   his assignment; who he reports to, anything
20   of that nature?
21        A.    No.
22        Q.    Anything else that you can tell
23   me about that deputy inspector?
24        A.    No.
25        Q.    Okay.  All right.  When you're
```

1                CAPT. WILLIAM TAYLOR

2     ready.

3          A.    Captain Redmond.

4          Q.    Okay.  We're at -- hold on for

5     a second please?

6          A.    0034.

7          Q.    0034 and Captain Taylor just

8     identified Captain Redmond; is that right?

9          A.    Yes.

10          Q.    And in the center portion of

11     the screen, slightly off to the right-hand

12     side there's a New York Police Department

13     officer in a white shirt and blue cap

14     facing the direction of the camera.  He's

15     about the middle point of the screen,

16     slightly off to the right-hand side; is

17     that correct, Captain?

18          A.    Yes.

19          Q.    Okay.  That's Captain Redmond?

20          A.    Yes.

21          Q.    All right.  You may proceed,

22     unless there's anything else you want

23     to . . .

24                (Whereupon, there was a brief

25          pause in testimony.)

```
 1                    CAPT. WILLIAM TAYLOR
 2         Q.    Captain, is that you again
 3   speaking to a man in the suit?
 4         A.    Yes.
 5         Q.    All right.  And this is at one
 6   minute 27 seconds, approximately?
 7         A.    Yes.
 8         Q.    Do you know who that man in the
 9   suit is?
10         A.    No.
11         Q.    Do you recall what you were
12   saying to him?
13         A.    No.
14         Q.    Do you recall what he was
15   saying to you?
16         A.    No.
17         Q.    Do you recall what role, if
18   any, he had with respect to this protest?
19         A.    I believe he was an attorney
20   for the protesters.
21         Q.    Okay.  In the same frame, this
22   is again a minute and 27 seconds, there's a
23   New York Police Department officer in a
24   white shirt and a black cap wearing black
25   gloves that's pointing to the left --
```

```
 1                 CAPT. WILLIAM TAYLOR
 2   bottom left corner of the frame.  Is that
 3   correct, Captain?
 4        A.    Yes.
 5        Q.    Do you recognize who that
 6   individual is?
 7        A.    That's the same deputy
 8   inspector I mentioned before.
 9        Q.    Okay.  Do you recognize anyone
10   else that is in this frame, other than
11   yourself and that deputy inspector?
12        A.    Captain Redmond right there.
13              MR. MANDELL:  And just for the
14              purposes of identifying the record:
15              Captain Taylor has identified Captain
16              Redmond at one minute 27 seconds in
17              the upper right-hand portion of the
18              frame there's a New York Police
19              Department officer in a white shirt
20              and a blue cap, facing towards the
21              center of the screen.
22        Q.    Is that correct, Captain
23   Taylor?
24        A.    Yes.
25        Q.    All right.  Anyone else you
```

```
 1                    CAPT. WILLIAM TAYLOR
 2    recognize in this frame, sir?
 3         A.    No.
 4         Q.    All right.  You may proceed
 5    when you're ready.
 6                    (Whereupon, there was a brief
 7              pause in testimony.)
 8         Q.    Would you stop it?
 9         A.    Redmond.
10         Q.    That's Redmond, okay.  Thank
11    you.
12                    (Whereupon, there was a brief
13              pause in testimony.)
14         Q.    We're at one minute 39 seconds;
15    is that right?
16         A.    Yes.
17         Q.    All right.
18              MR. MANDELL:  And again, it's
19              again Captain Redmond.  He's walking
20              from the right-hand side of the
21              screen to the left, white shirt, blue
22              cap.
23         Q.    Captain, do you recognize the
24    officer in the riot helmet in the
25    foreground?
```

```
 1                 CAPT. WILLIAM TAYLOR
 2         A.    No.
 3               (Whereupon, there was a brief
 4          pause in testimony.)
 5         Q.    Would you stop it?  Just before
 6    the frame where we stopped it there was an
 7    African-American female officer in a blue
 8    shirt and a blue cap that appears to be
 9    speaking to Mr. Faraone or saying something
10    to him?
11         A.    Does it show her face?
12         Q.    It shows it for a brief second
13    right before it.
14               (Whereupon, there was a brief
15          pause in testimony.)
16         Q.    Here we go.  Are you able to
17    recognize her from that silhouette?
18         A.    That's -- that's not the girl.
19    It's this one; right?
20         Q.    No, no.
21               MS. WEINSTEIN:  I don't think
22          she's African-American.  I think
23          she's Hispanic.
24               MR. MANDELL:  Is she?  I'm
25          sorry.
```

```
1                    CAPT. WILLIAM TAYLOR
2         A.    I got to see it one more time.
3         Q.    Okay.  Let's do it one more
4    time.  You ready, Captain?
5         A.    Yeah.
6               (Whereupon, there was a brief
7          pause in testimony.)
8         A.    This girl?
9         Q.    Yes.
10        A.    Elizabeth Rodriquez.
11        Q.    Thank you.
12        A.    I thought you meant the
13   other -- the girl -- keep going.
14        Q.    Hold on one second.  Elizabeth
15   Rodriquez, what is her rank?
16        A.    Police officer.
17        Q.    Okay.  Do you know what
18   precinct she's affiliated with?
19        A.    She's in Brooklyn South Task
20   Force.
21             MS. WEINSTEIN:  What number is
22          that?  142.
23             MR. MANDELL:  142,
24          approximately.
25        Q.    Okay.  Captain, I'm going to
```

```
 1                CAPT. WILLIAM TAYLOR
 2    start it over -- not all over, but back at
 3    140.  There's going to be a few frames
 4    where it shows two officers grabbing
 5    Mr. Faraone.  If you could stop it when you
 6    see them.
 7                (Whereupon, there was a brief
 8          pause in testimony.)
 9         A.    All right.  That's Redmond.
10         Q.    So, Redmond's the --
11         A.    White shirt.
12         Q.    All right.  This is at one
13    minute 55 seconds.  And I'm sorry.  Did you
14    say Captain Redmond?
15         A.    Yes.
16         Q.    Okay.  Captain Redmond is the
17    New York Police Department officer in the
18    white shirt and blue hat that is holding
19    Mr. Faraone's left arm and in the
20    foreground there's another New York Police
21    Department officer in a blue shirt and a
22    riot helmet that's hanging onto
23    Mr. Faraone's right arm; is that correct,
24    Captain?
25         A.    Yes.
```

1              CAPT. WILLIAM TAYLOR

2         Q.    Do you recognize or are you

3    able to identify the officer in the --

4         A.    I have to play it more.

5         Q.    Okay.

6              (Whereupon, there was a brief

7         pause in testimony.)

8         A.    I do not know who that is, but

9    the number on the back of the helmet is the

10   shield number.

11        Q.    Okay.

12        A.    I think it's 2097.

13        Q.    Okay.  Looking at the shot at

14   two minutes -- what is it?  18 or

15   16 seconds?  I can't see it from here.

16        A.    2:18.

17        Q.    2:18, does this frame refresh

18   your recollection whether there was a

19   courtyard in the vicinity of the sidewalk?

20        A.    Yes.

21        Q.    And was there?

22        A.    Yes.

23        Q.    And does that appear to be

24   where the protesters are congregated?

25              MS. WEINSTEIN:  Objection to

```
1                    CAPT. WILLIAM TAYLOR
2          the form.
3              MR. MANDELL:  The video speaks
4          for itself.  I'll withdraw the
5          question, that's fine.
6          Q.    All right.  For the purposes of
7    identifying any other officers that were
8    directly involved with taking Mr. Faraone
9    into custody, we're going to watch this
10   last portion again.
11         A.    Okay.
12         Q.    Any time stop it if you see
13   someone you recognize.
14             (Whereupon, there was a brief
15         pause in testimony.)
16         A.    Just, that's the shield number.
17   You could identify the cop by the shield
18   number.  I have no idea who it is, but
19   looks like -- whether it's 2837, maybe.
20   2897.  I don't know anybody else.
21         Q.    Do you recognize anyone that's
22   in the crowd of police officers coming to
23   Mr. Faraone at that point?
24         A.    In the seconds that follow two
25   minutes one second, there's a few officers.
```

```
 1                 CAPT. WILLIAM TAYLOR
 2     It happens very quickly, Captain.  I'm
 3     going to ask you to see if you could see
 4     any of them.
 5                 (Whereupon, there was a brief
 6          pause in testimony.)
 7          A.    That's Lieutenant Hanlon.  He's
 8     retired.  The white shirt.
 9          Q.    Okay.
10                MS. WEINSTEIN:  And that's at
11          two minutes three seconds.
12          A.    H-a-n-l-o-n.
13          Q.    I'm sorry.  What was the time
14     code?
15                MS. WEINSTEIN:  Two minutes --
16          A.    2:03.
17          Q.    Thank you.
18          A.    Deputy inspector; I don't know
19     his name; the same guy from before.
20          Q.    Captain, in a few seconds it's
21     going to screen back to when Mr. Faraone is
22     surrounded by police officers.  At that
23     point I want you to be prepared to stop it
24     and identify any officers you may recognize
25     at that point.
```

```
 1                    CAPT. WILLIAM TAYLOR
 2                    (Whereupon, there was a brief
 3              pause in testimony.)
 4         Q.    Do you recognize any of the --
 5         A.    That's Captain Redmond.   That's
 6    me.
 7         Q.    All right.  Hold on.
 8              MR. MANDELL:  We're at three
 9         minutes one second.  Captain Taylor
10         just identified himself in the left
11         forefront of the frame.
12         Q.    Your back is facing the camera;
13    correct, Captain?
14         A.    Yes.
15         Q.    Okay.  And the plaintiff,
16    Christopher Faraone, is in the middle of
17    the screen; he's the only civilian depicted
18    in the screen; correct?
19         A.    Yes.
20         Q.    And Captain Redmond is on the
21    right side of the frame, and he's got
22    his -- what appears to be his right hand on
23    the plaintiff's left shoulder; is that
24    correct?
25         A.    Correct.
```

```
 1              CAPT. WILLIAM TAYLOR
 2         Q.     There also appears to be two
 3  New York Police Department police officers
 4  behind Mr. Faraone, both of which are
 5  wearing riot helmets; is that correct?
 6              MS. WEINSTEIN:  I'm going to
 7         object.  Obviously the video speaks
 8         for itself.
 9              MR. MANDELL:  I'm getting
10         there.  I'm just --
11              MS. WEINSTEIN:  It's not
12         proper.
13         Q.     Do you recognize either of the
14  officers in the riot helmets that are
15  immediately behind Mr. Faraone?
16         A.     The guy in the sunglasses is
17  Sergeant Soldo.  He's also retired.
18  S-o-l-d-o.  The other -- this guy here, I
19  do not know who that is.
20         Q.     Sergeant Soldo, do you know
21  what precinct he was affiliated with?
22         A.     He was at Brooklyn South Task
23  Force.
24         Q.     Do you know when about Sergeant
25  Soldo retired?
```

```
 1                    CAPT. WILLIAM TAYLOR
 2          A.    It was well over a year ago.
 3          Q.    Okay.  Did you testify that you
 4    don't know the other individual?
 5          A.    That's correct, I don't know
 6    the other individual.
 7          Q.    All right.
 8                MS. WEINSTEIN:  And that's
 9          three minutes one second?
10                MR. MANDELL:  Yes.
11          Q.    Do you want to proceed,
12    Captain?
13                (Whereupon, there was a brief
14          pause in testimony.)
15          Q.    Captain, I'm going to show you
16    one more video.  Captain, what I'm going to
17    show you now is a video that we've been
18    using for the purposes of the deposition.
19    It's been identified as the video produced
20    by the plaintiff during the course of
21    discovery.
22                MS. WEINSTEIN:  What is this
23          thing about?  Arrest now?
24                MR. MANDELL:  It's the digital
25          file.  It says arrest, and then
```

```
 1                    CAPT. WILLIAM TAYLOR
 2          period, and then m-o-v, which is the
 3          suffix.
 4               MS. WEINSTEIN:  Did you see
 5          what -- something flashed across.
 6               MR. MANDELL:  It's the same as
 7          this.  It's --
 8               MS. WEINSTEIN:  Arrest?
 9               MR. MANDELL:  M-o-v is the type
10          of file.  It's movie.
11               MS. WEINSTEIN:  Okay.
12               MR. MANDELL:  It's the type of
13          digital file it is.
14          Q.    Again, Captain, what I'm going
15     to ask you to do is go through this video.
16     If you want to watch it through one time
17     first and then we could stop it the second
18     time through and you can identify anyone
19     additionally that you recognize that is
20     directly involved in taking Mr. Faraone
21     into custody, okay?
22          A.    Uh-huh.
23          Q.    Let me bring this closer to you
24     and I'll come back around.  You could start
25     watching it the first time through?
```

```
 1                CAPT. WILLIAM TAYLOR
 2         A.    Do you want me to pause it as
 3    we're going.
 4         Q.    No.  Just watch it one time
 5    through just to familiarize yourself and
 6    then the second time through we'll pause
 7    it.
 8                (Whereupon, there was a brief
 9          pause in testimony.)
10         Q.    So, the second time through,
11    Captain, I'm going to ask you to stop it at
12    any point in time you see anyone --
13         A.    All right.
14         Q.    -- involved with Mr. Faraone.
15    Just as a point of reference, the first
16    time through, did you see Mr. Faraone at
17    any point in time during that video?
18         A.    No.
19         Q.    Okay.  Let me do a little bit
20    more foundation, that way you can have
21    the -- a more productive time period.
22                In the prior video that we
23    watched, the video that was prepared by
24    TARU, did you notice whether Mr. Faraone
25    was wearing anything --
```

```
 1                 CAPT. WILLIAM TAYLOR
 2        A.    Can we take a break, please?
 3              MS. WEINSTEIN:  Yes.
 4        Q.    Of course.
 5              (Whereupon, a brief recess was
 6        taken.)
 7        Q.    Captain, when we watched the
 8    last video, did you notice whether
 9    Mr. Faraone had anything on his head?  Was
10    he wearing a hat?
11        A.    Yes.
12        Q.    What color was the hat?
13        A.    I think it was red.
14        Q.    Okay.  What I'd like you to
15    do -- it seems like -- to me a red hat
16    would stand out in a crowd of people not
17    wearing hats.  So, if you could try and
18    identify where Mr. Faraone may be in the
19    video based on that that may assist you.
20              MS. WEINSTEIN:  Okay.  But I'm
21        going to object.
22              MR. MANDELL:  That's fine.
23              MS. WEINSTEIN:  Just because
24        someone has a red hat does not make
25        it Mr. Faraone.
```

```
 1              CAPT. WILLIAM TAYLOR
 2              MR. MANDELL:  Okay.
 3              MS. WEINSTEIN:  So, if there's
 4         something that, you know, catches
 5         your eye, that's a red hat, fine,
 6         but, you know, look for the other
 7         indicia --
 8              THE WITNESS:  Okay.
 9              MS. WEINSTEIN:  -- who it is so
10         that you are 120 percent certain of
11         who it is, otherwise, I do not want
12         you guessing.
13         Q.    Similarly, Captain, what I'd
14    ask is, based on watching the other video
15    and your familiarity with the scene, having
16    been there in person, geographically, by
17    where people are physically located, if you
18    could identify where -- who someone is,
19    that way as well.  All right, Captain?
20         A.    Yes.
21              MS. WEINSTEIN:  I'm just going
22         to object to that last direction
23         because the captain has testified
24         that he does not have a recollection
25         of what occurred that day other than
```

```
 1                    CAPT. WILLIAM TAYLOR
 2          what he has seen on the video.
 3               MR. MANDELL:  Okay.
 4               MS. WEINSTEIN:  I -- you know,
 5          again, I do not want you guessing.
 6          Q.    You ready, Captain?
 7          A.    Yes.
 8                (Whereupon, there was a brief
 9          pause in testimony.)
10          Q.    Captain, did you recognize
11   anyone that appeared to be Mr. Faraone in
12   that last video?
13          A.    No.
14                (Continued on next page to
15          include jurat.)
16
17
18
19
20
21
22
23
24
25
```

```
 1                    CAPT. WILLIAM TAYLOR
 2          Q.      Okay.
 3                  MR. MANDELL:  Off the record.
 4                  (Whereupon, a discussion was
 5          held off the record.)
 6          Q.      Captain, thank you for your
 7   time.  I have no further questions.
 8                  (Whereupon, at 4:21 p.m., the
 9          examination of this witness was
10          concluded.)
11
12
13                  _____
                    CAPTAIN WILLIAM TAYLOR
14
15   Subscribed and sworn to before me
16   this _____ day of _____ 20____.
17
18   _____
     NOTARY PUBLIC
19
20
21
22
23
24
25
```

1                   CAPT. WILLIAM TAYLOR

2                       **I N D E X**

3

4    EXAMINATION BY                        PAGE

5    MR. MANDELL                           4

6

7       **INFORMATION AND/OR DOCUMENTS REQUESTED**

8                   (NONE MARKED)

9

10              **E X H I B I T S**

11                  (NONE MARKED)

12

13       **QUESTIONS MARKED FOR A RULING**

14                  (NONE MARKED)

15

16

17

18

19

20

21

22

23

24

25

```
 1              CAPT. WILLIAM TAYLOR
 2            C E R T I F I C A T E
 3
 4   STATE OF NEW YORK        )
                              :  SS.:
 5   COUNTY OF BRONX          )
 6
 7        I, SCOTT TORRANCE, a Notary Public
 8   for and within the State of New York, do
 9   hereby certify:
10        That the witness whose examination is
11   hereinbefore set forth was duly sworn and
12   that such examination is a true record of
13   the testimony given by that witness.
14        I further certify that I am not
15   related to any of the parties to this
16   action by blood or by marriage and that I
17   am in no way interested in the outcome of
18   this matter.
19        IN WITNESS WHEREOF, I have hereunto
20   set my hand this 31st day of January 2015.
21
22
23
24        _____
                    SCOTT TORRANCE
25
```

CAPT. WILLIAM TAYLOR

**0**

0034 [2] - 59:6, 59:7
01 [1] - 47:11

**1**

1 [2] - 1:8, 3:17
10 [1] - 1:8
100 [2] - 1:22, 2:10
10007 [2] - 1:23, 2:10
11214 [1] - 4:15
120 [1] - 75:10
12477 [1] - 2:5
13CV9074 [1] - 1:6
140 [1] - 65:3
142 [2] - 64:22, 64:23
16 [1] - 66:15
17th [16] - 6:20, 24:19, 25:13, 27:5, 29:16, 29:23, 30:4, 30:23, 35:15, 35:19, 35:23, 36:4, 36:21, 38:5, 44:23, 48:9
18 [1] - 66:14
1925 [1] - 4:14
1992 [2] - 12:5, 13:18
1995 [2] - 13:10, 14:13
1997 [1] - 11:16
1999 [1] - 20:20

**2**

20 [1] - 7:25
2000 [1] - 21:7
2003 [2] - 21:23, 22:10
2006 [2] - 10:13, 10:19
2008 [1] - 22:15
2012 [15] - 6:20, 24:19, 25:13, 27:5, 29:16, 29:23, 30:4, 30:23, 35:15, 35:19, 35:23, 36:4, 38:5, 44:23, 48:9
2015 [2] - 1:13, 79:20
2097 [1] - 66:12
20___ [1] - 77:16
24 [2] - 7:12, 58:11
27 [3] - 60:6, 60:22, 61:16
28 [1] - 1:13
2837 [1] - 67:19
2897 [1] - 67:20
2:03 [1] - 68:16
2:18 [2] - 66:16, 66:17
2:47 [1] - 1:14

**3**

30 [1] - 3:16
30th [1] - 13:10

3154 [1] - 2:5
31st [1] - 79:20
39 [1] - 62:14

**4**

4 [1] - 78:5
4358 [3] - 46:14, 48:6, 55:10
4:21 [1] - 77:8

**5**

55 [1] - 65:13

**9**

9W [1] - 2:5

**A**

ability [1] - 7:15
able [2] - 63:16, 66:3
academy [1] - 14:3, 14:4, 14:20
accept [1] - 6:5
account [1] - 34:8
accounting [3] - 11:21, 12:8, 12:20
action [2] - 44:15, 79:16
ADAM [1] - 2:6
Adam [1] - 4:17
additional [2] - 22:24, 44:2
additionally [2] - 5:18, 72:19
address [1] - 4:12
administer [2] - 3:11, 41:18
Affairs [1] - 11:4
affiliated [2] - 64:18, 70:21
African [2] - 63:7, 63:22
African-American [2] - 63:7, 63:22
afternoon [3] - 4:16, 4:19, 25:4
AGREED [2] - 3:5, 3:21
alcohol [1] - 7:11
allegations [1] - 11:10
allow [2] - 5:18, 25:9
allows [1] - 5:24
American [2] - 63:7, 63:22
amount [2] - 17:3, 42:5
AND [2] - 3:5, 3:21
AND/OR [1] - 78:7
answer [18] - 5:11, 5:16, 7:5, 7:19, 8:6, 11:7, 13:20, 16:5, 19:2, 25:10, 26:15, 27:23, 30:17,

32:5, 32:7, 32:9, 33:12, 36:15
answers [1] - 4:25
anticipate [3] - 29:4, 29:8, 29:12
anybody [1] - 67:20
anywhere [2] - 49:2, 54:2
appear [4] - 53:16, 53:18, 56:17, 66:23
appearance [2] - 27:10, 50:25
appeared [4] - 9:17, 11:7, 56:15, 76:11
appears [5] - 48:16, 57:22, 63:8, 69:22, 70:2
applied [1] - 11:9
approximate [1] - 10:3
approximately [5] - 7:25, 25:18, 58:11, 60:6, 64:24
are there [1] - 23:15
area [8] - 12:7, 19:9, 25:14, 25:19, 25:22, 26:8, 28:22, 29:9
arm [2] - 65:19, 65:23
arrest [14] - 15:17, 17:4, 17:22, 35:24, 42:25, 43:18, 53:7, 53:19, 55:16, 55:21, 55:24, 71:23, 71:25, 72:8
arrested [4] - 17:9, 44:2, 44:21
arrests [1] - 36:5
arrived [3] - 26:7, 28:12, 45:13
arriving [1] - 45:7
asking [8] - 4:21, 4:22, 5:19, 25:10, 31:9, 33:10, 54:14, 58:4
assessing [1] - 33:15
assignment [1] - 58:19
assist [1] - 74:19
assuming [1] - 31:5
attain [2] - 21:8, 21:24
attempt [1] - 43:3
attempted [2] - 53:15, 53:17
attended [1] - 23:8
Attorney [2] - 2:4, 2:9
attorney [3] - 23:19, 45:25, 60:19
authorized [1] - 3:11
Avenue [1] - 4:14
avoid [1] - 5:5
aware [4] - 36:5, 43:25, 44:15, 44:20

**B**

background [1] - 7:8
banks [1] - 35:12
based [6] - 19:6, 19:7, 29:2, 42:13, 74:19, 75:14
Bath [1] - 4:14
becoming [10] - 17:6, 18:21, 19:12, 19:17, 20:2, 21:3, 21:17, 21:19, 22:9, 23:8
behalf [1] - 6:5
behavior [1] - 34:25
behaviors [4] - 35:4, 35:7, 35:10, 35:13
behind [2] - 70:4, 70:15
believe [12] - 8:7, 10:12, 14:11, 16:8, 16:14, 19:5, 38:9, 38:10, 42:14, 42:16, 55:14, 60:19
belongings [1] - 18:16
bit [5] - 5:20, 38:17, 73:19
black [2] - 60:24
blank [1] - 23:24
block [1] - 37:15
blocking [1] - 52:11
blood [1] - 79:16
blue [8] - 57:22, 59:13, 61:20, 62:21, 63:7, 63:8, 65:18, 65:21
body [3] - 17:18, 17:21, 33:8
break [3] - 5:15, 5:17, 74:2
brief [20] - 14:4, 48:3, 53:23, 55:22, 59:24, 62:6, 62:12, 63:3, 63:12, 63:14, 64:6, 65:7, 66:6, 67:14, 68:5, 69:2, 71:13, 73:8, 74:5, 76:8
BRONX [1] - 79:5
Brooklyn [3] - 4:14, 64:19, 70:22
bullhorn [12] - 37:14, 37:19, 38:7, 38:14, 39:6, 39:11, 39:16, 39:21, 39:24, 40:5, 40:14, 57:23
BY [4] - 2:6, 2:11, 4:7, 78:4

**C**

call [1] - 45:25
camera [3] - 56:3, 59:14, 69:12
can you [2] - 10:3, 46:22
cap [5] - 59:13, 60:24, 61:20, 62:22, 63:8

CAPT. WILLIAM TAYLOR

**capacity** [1] - 8:15
**Captain** [35] - 4:11, 4:16, 6:5, 42:14, 46:25, 54:20, 56:22, 57:24, 58:2, 59:3, 59:7, 59:8, 59:17, 59:19, 61:3, 61:12, 61:15, 61:22, 62:19, 64:4, 65:14, 65:16, 65:24, 68:2, 69:5, 69:9, 69:13, 69:20, 71:12, 72:14, 73:11, 75:13, 75:19, 76:6
**captain** [23] - 6:10, 7:3, 22:18, 25:3, 38:12, 46:11, 48:5, 52:14, 52:18, 53:25, 57:8, 57:11, 57:19, 60:2, 62:23, 64:25, 68:20, 71:15, 71:16, 74:7, 75:23, 76:10, 77:6
**CAPTAIN** [2] - 1:18, 77:13
**caption** [2] - 9:17, 10:16
**card** [6] - 37:17, 37:21, 37:24, 38:3, 38:6, 38:14, 39:6, 39:10
**carried** [2] - 43:14, 56:13
**carrying** [5] - 27:14, 33:5, 33:18, 40:24, 51:13
**CARTER** [1] - 2:8
**Case** [1] - 1:5
**CATALINOTTO** [1] - 2:4
**catalog** [1] - 19:19
**catches** [1] - 75:4
**caught** [1] - 56:2
**center** [2] - 59:10, 61:21
**certification** [1] - 3:8
**certify** [2] - 79:9, 79:14
**chant** [1] - 51:24
**chanting** [3] - 35:6, 41:8, 51:23
**characteristic** [1] - 32:23
**characterize** [1] - 51:6
**charges** [1] - 43:21
**Chase** [14] - 25:14, 26:8, 27:7, 27:12, 28:8, 28:13, 28:19, 29:6, 29:10, 29:14, 38:23, 43:11, 45:2, 46:5
**Christopher** [2] - 4:18, 69:16
**CHRISTOPHER** [1] - 1:3
**Church** [2] - 1:22, 2:10
**city** [3] - 13:16, 13:24, 14:8
**CITY** [4] - 1:7, 1:7, 1:17, 2:9

**City** [1] - 1:21
**civil** [3] - 8:3, 9:3, 9:18
**Civil** [1] - 1:20
**civilian** [1] - 69:17
**civilians** [3] - 28:8, 30:6, 34:24
**claims** [2] - 1:9, 10:21
**clarify** [1] - 5:12
**classes** [2] - 23:5, 23:7
**clear** [2] - 37:9, 48:15
**clearer** [1] - 5:22
**clip** [1] - 55:6
**closer** [1] - 72:23
**clothing** [2] - 27:17, 34:8
**code** [1] - 68:14
**color** [1] - 74:12
**coming** [1] - 67:22
**comment** [1] - 54:7
**committed** [2] - 15:23, 16:9
**common** [1] - 27:17
**complaint** [1] - 11:11
**concluded** [1] - 77:10
**conduct** [3] - 34:18, 34:21, 37:17
**congregated** [1] - 66:24
**consciously** [1] - 31:19
**consent** [1] - 1:19
**consumed** [1] - 7:11
**Continued** [1] - 76:14
**continuing** [2] - 12:21, 23:2
**conversation** [1] - 12:15
**cooperatively** [1] - 56:18
**cop** [1] - 67:17
**copy** [3] - 3:14, 3:17, 37:21
**corner** [1] - 61:2
**CORPORATION** [1] - 2:8
**costume** [2] - 41:3, 51:8
**COUNSEL** [1] - 2:8
**counsel** [4] - 3:6, 3:17, 6:4, 47:14
**COUNTY** [1] - 79:5
**couple** [1] - 7:4
**course** [4] - 23:10, 23:11, 71:20, 74:4
**courses** [4] - 12:24, 23:12, 23:15, 24:2
**court** [1] - 9:8
**Court** [1] - 3:13
**COURT** [1] - 1:2
**courtyard** [7] - 49:11, 49:14, 49:16, 49:19, 50:9, 50:15, 66:19

**covered** [1] - 29:17
**covering** [1] - 36:6
**credentials** [2] - 32:17, 32:19
**criminal** [1] - 23:10
**crowd** [7] - 26:11, 34:2, 34:3, 52:4, 67:22, 74:16
**currently** [2] - 22:19, 23:16
**custody** [21] - 14:23, 15:10, 16:23, 19:15, 20:5, 20:9, 36:11, 36:25, 37:6, 37:10, 41:12, 41:23, 42:2, 42:6, 42:12, 42:19, 44:9, 45:24, 56:7, 67:9, 72:21

**D**

**DATE** [1] - 1:13
**date** [3] - 13:17, 36:18, 36:19
**day** [7] - 10:11, 24:22, 26:18, 58:9, 75:25, 77:16, 79:20
**days** [3] - 3:16, 6:13, 37:3
**December** [2] - 21:23, 22:15
**Defendant** [1] - 1:16
**defendant** [1] - 9:3
**defendant's** [1] - 19:7
**Defendants** [1] - 2:9
**DEFENDANTS** [1] - 1:10
**degree** [6] - 11:14, 11:20, 11:23, 11:24, 12:19, 12:20
**delay** [1] - 58:12
**demonstrations** [1] - 16:18
**department** [1] - 13:14
**DEPARTMENT** [3] - 1:7, 1:17, 2:9
**Department** [17] - 1:22, 13:12, 14:18, 19:18, 20:3, 20:12, 24:18, 36:12, 42:11, 44:7, 57:2, 59:12, 60:23, 61:19, 65:17, 65:21, 70:3
**depicted** [1] - 69:17
**deposition** [4] - 3:8, 3:9, 3:14, 71:18
**DEPOSITION** [1] - 1:16
**depositions** [1] - 46:13
**deputy** [6] - 58:7, 58:13, 58:23, 61:7, 61:11, 68:18
**described** [1] - 52:19
**detective** [2] - 20:23, 21:3

**determine** [2] - 33:19, 41:18
**development** [1] - 23:3
**did he** [1] - 56:17
**did it** [3] - 31:17, 31:18, 38:10
**did you** [76] - 6:10, 6:18, 11:23, 12:2, 12:6, 13:11, 13:23, 14:2, 14:17, 14:21, 16:11, 16:16, 16:21, 16:25, 17:5, 18:8, 18:20, 19:23, 20:7, 20:21, 20:24, 21:4, 21:8, 21:11, 21:14, 21:18, 21:24, 22:3, 22:6, 22:10, 22:16, 24:8, 25:23, 28:20, 29:4, 29:8, 29:12, 29:23, 30:5, 34:7, 34:13, 34:17, 35:16, 35:20, 37:6, 37:12, 38:6, 41:14, 41:17, 41:22, 42:21, 42:24, 43:3, 43:10, 43:17, 43:21, 44:6, 44:11, 44:25, 45:4, 45:8, 45:14, 45:16, 45:25, 46:3, 46:7, 51:21, 54:13, 54:21, 65:13, 71:3, 72:4, 73:16, 73:24, 74:8, 76:10
**differentiate** [4] - 30:25, 32:20, 32:24, 33:23
**differentiated** [4] - 31:10, 31:20, 34:23, 35:2
**digital** [3] - 46:15, 71:24, 72:13
**digits** [1] - 46:15
**diligence** [1] - 7:7
**direct** [2] - 11:6, 33:11
**directed** [6] - 39:7, 40:8, 40:15, 50:4, 50:14, 50:17
**directing** [1] - 37:7
**direction** [4] - 34:3, 48:19, 59:14, 75:22
**directions** [1] - 56:19
**discovered** [1] - 19:10
**discovery** [1] - 71:21
**discussed** [1] - 24:15
**discussion** [5] - 9:14, 24:25, 45:21, 50:21, 77:4
**disorderly** [1] - 37:17
**DISTRICT** [2] - 1:2, 1:2
**do they** [1] - 23:4
**do you** [62] - 8:18, 8:21, 9:4, 10:20, 14:7, 14:25, 15:12, 15:20, 25:3, 25:17, 26:3, 26:11, 27:4, 27:25, 28:7, 28:13, 32:13, 36:23, 37:20, 38:2, 38:18, 38:22, 39:14, 39:19, 40:3, 40:7,

40:17, 40:20, 40:23,
41:2, 41:7, 41:10, 41:25,
42:4, 42:10, 43:6, 43:13,
48:13, 48:18, 49:19,
49:22, 51:4, 51:22,
54:17, 58:15, 58:18,
60:8, 60:11, 60:14,
60:17, 61:5, 61:9, 62:23,
64:17, 66:2, 67:21, 69:4,
70:13, 70:20, 70:24,
71:11, 73:2
  documentation [1] -
43:18
  DOCUMENTS [1] - 78:7
  DOE [2] - 1:8
  does it [5] - 52:2, 52:9,
53:13, 53:18, 63:11
  does that [6] - 48:6,
51:11, 51:16, 53:5,
55:19, 66:23
  does this [1] - 66:17
  doesn't [3] - 52:24,
53:3, 53:9
  dressed [1] - 34:14
  drugs [2] - 7:12, 41:20
  due [1] - 7:7
  duly [2] - 4:4, 79:11
  duties [2] - 9:20, 24:14

**E**

  easier [2] - 5:21, 25:11
  education [2] - 11:13,
12:21
  effect [4] - 3:12, 3:15,
17:4, 18:6
  Elizabeth [2] - 64:10,
64:14
  employment [1] - 8:15
  end [1] - 55:5
  errata [1] - 23:22
  escort [1] - 44:25
  ESQ [3] - 2:6, 2:8, 2:11
  ethnicity [1] - 40:20
  events [2] - 6:19, 48:8
  evidence [1] - 19:20
  exam [5] - 20:24, 21:11,
21:15, 22:3, 22:7
  EXAMINATION [2] - 4:7,
78:4
  examination [3] - 77:9,
79:10, 79:12
  examined [1] - 4:5
  except [1] - 3:22
  excuse [2] - 6:23, 29:17
  experience [1] - 19:6
  extent [1] - 26:21
  eye [1] - 75:5

**F**

  face [1] - 63:11
  facing [7] - 38:23,
48:19, 48:21, 59:14,
61:20, 69:12
  factor [1] - 33:6
  factors [2] - 19:8, 34:5
  familiarity [1] - 75:15
  familiarize [2] - 47:3,
73:5
  familiarizing [1] - 47:25
  FARAONE [1] - 1:3
  Faraone [62] - 4:18,
36:11, 36:24, 37:6,
37:10, 40:17, 41:10,
41:15, 41:23, 42:6,
42:12, 42:19, 42:21,
42:24, 43:3, 43:6, 43:10,
43:19, 43:22, 44:3, 44:8,
44:12, 44:16, 44:25,
45:9, 45:13, 45:24, 46:4,
46:8, 51:13, 51:22,
51:23, 52:4, 52:11,
52:14, 52:21, 53:7,
53:15, 54:14, 54:23,
55:16, 55:21, 55:23,
56:5, 56:13, 57:3, 63:9,
65:5, 67:8, 67:23, 68:21,
69:16, 70:4, 70:15,
72:20, 73:14, 73:16,
73:24, 74:9, 74:18,
74:25, 76:11
  Faraone's [5] - 50:25,
65:19, 65:23
  fashion [1] - 34:14
  Federal [1] - 1:20
  female [1] - 63:7
  fictitious [1] - 1:8
  field [2] - 18:11, 41:18
  fifteen [1] - 10:5
  file [4] - 46:15, 71:25,
72:10, 72:13
  filing [1] - 3:7
  fill [1] - 24:3
  fine [5] - 5:16, 46:23,
67:5, 74:22, 75:5
  finish [2] - 5:18, 25:9
  firearms [1] - 23:11
  first [22] - 4:4, 5:17,
5:19, 8:9, 8:13, 9:24,
13:11, 20:11, 25:5, 26:7,
28:12, 38:13, 39:5,
39:14, 39:20, 39:23,
47:2, 47:24, 52:13,
72:17, 72:25, 73:15
  five [2] - 38:10, 40:12
  flashed [1] - 72:5
  flee [3] - 43:4, 53:15,
53:17

  follow [1] - 67:24
  following [6] - 21:3,
21:17, 21:19, 22:9,
23:20, 56:18
  follows [1] - 4:6
  FOR [1] - 78:13
  force [5] - 3:15, 16:22,
17:2, 17:3, 42:5
  Force [2] - 64:20, 70:23
  forefront [1] - 69:11
  foreground [2] - 62:25,
65:20
  form [9] - 3:22, 26:14,
27:21, 28:5, 30:14, 31:4,
36:14, 39:3, 67:2
  forth [1] - 79:11
  found [1] - 43:7
  foundation [4] - 16:4,
18:24, 31:4, 73:20
  four [2] - 46:15, 57:18
  frame [9] - 60:21, 61:2,
61:10, 61:18, 62:2, 63:6,
66:17, 69:11, 69:21
  frames [1] - 65:3
  FURTHER [1] - 3:21

**G**

  gave [3] - 7:5, 48:15,
48:20
  gentleman [1] - 58:5
  geographically [1] -
75:16
  girl [3] - 63:18, 64:8,
64:13
  give [1] - 23:23
  given [4] - 10:23, 23:12,
46:9, 79:13
  gloves [1] - 60:25
  grabbing [3] - 52:15,
52:18, 65:4
  grievance [1] - 10:24
  ground [1] - 42:22
  grounds [1] - 15:17
  group [3] - 27:18,
27:25, 49:15
  guess [3] - 50:8, 50:11,
52:7
  guessing [2] - 75:12,
76:5
  Guide [1] - 19:3
  guy [3] - 68:19, 70:16,
70:18

**H**

  h-a-n-l-o-n [1] - 68:12
  hand [5] - 56:23, 57:20,
57:23, 59:11, 59:16,
61:17, 62:20, 69:22,

79:20
  hanging [1] - 65:22
  Hanlon [1] - 68:7
  happens [1] - 68:2
  hat [8] - 28:2, 28:3,
65:18, 74:10, 74:12,
74:15, 74:24, 75:5
  hats [1] - 74:17
  have you [6] - 7:11,
7:21, 9:2, 10:23, 11:2,
13:3, 22:23, 23:7
  haven't [1] - 24:15
  he's [1] - 31:18, 51:5,
58:7, 58:13, 58:15,
59:14, 62:19, 68:7,
69:17, 69:21, 70:17
  head [5] - 5:2, 54:25,
74:9
  hear [8] - 30:8, 31:22,
44:6, 44:12, 45:25,
47:17, 54:13, 54:22
  hearing [1] - 10:24
  held [6] - 1:21, 9:15,
25:2, 45:22, 50:22, 77:5
  helmet [3] - 62:24,
65:22, 66:9
  helmets [2] - 70:5,
70:14
  HEREBY [1] - 3:5
  hereby [1] - 79:9
  herein [2] - 1:9, 3:7
  hereinbefore [1] - 79:11
  hereunto [1] - 79:19
  hiding [1] - 19:9
  highest [1] - 11:12
  hired [1] - 20:13
  Hispanic [1] - 63:23
  history [1] - 19:7
  hit [1] - 57:13
  hold [4] - 22:20, 59:4,
64:14, 69:7
  holding [1] - 65:18
  homicide [1] - 23:9
  host [1] - 19:8
  hours [1] - 7:12
  how is [1] - 17:16
  how many [7] - 6:14,
7:23, 8:2, 9:21, 21:14,
22:6, 38:5
  huh [3] - 5:6, 47:4,
72:22
  human [1] - 12:16
  hypothetical [1] - 33:11

**I**

  I'd [8] - 5:14, 47:21,
49:3, 49:3, 49:8, 53:20, 57:9,
74:14, 75:13
  I've [2] - 23:5, 23:9

**idea** [1] - 67:18
**identification** [1] - 46:13
**identified** [7] - 46:14, 48:6, 57:20, 59:8, 61:15, 69:10, 71:19
**identify** [7] - 44:12, 66:3, 67:17, 68:24, 72:18, 74:18, 75:18
**identifying** [4] - 43:24, 44:17, 61:14, 67:7
**immediate** [1] - 44:3
**immediately** [3] - 52:21, 53:2, 70:15
**impair** [1] - 7:15
**important** [2] - 4:20, 4:24
**IN** [1] - 79:19
**incident** [3] - 10:11, 10:18, 10:20
**include** [1] - 76:15
**incorporated** [1] - 11:9
**independent** [1] - 6:18
**indicia** [1] - 75:7
**individual** [6] - 26:4, 34:9, 39:4, 61:6, 71:4, 71:6
**individual's** [1] - 43:25
**individuals** [5] - 1:9, 26:5, 26:6, 39:5, 44:2
**influence** [1] - 41:19
**information** [1] - 13:20
**INFORMATION** [1] - 78:7
**initial** [2] - 17:10, 20:13
**injuries** [1] - 19:14
**inspector** [6] - 58:7, 58:13, 58:23, 61:8, 61:11, 68:18
**instructed** [1] - 15:9
**instruction** [1] - 15:13
**intention** [1] - 1:9
**interacting** [2] - 24:9, 57:3
**interaction** [1] - 56:2
**interactions** [2] - 16:12, 35:21
**interested** [1] - 79:17
**internal** [1] - 11:3
**internal** [1] - 35:16
**interrupting** [1] - 53:25
**investigation** [1] - 11:4
**investigation's** [1] - 23:10
**involved** [8] - 1:9, 35:24, 36:10, 36:24, 37:5, 67:8, 72:20, 73:14
**involvement** [5] - 37:11, 37:13, 45:8, 45:15

**IS** [2] - 3:5, 3:21
**is that** [17] - 5:9, 18:5, 18:18, 22:19, 57:23, 59:8, 59:16, 60:2, 61:2, 61:22, 62:15, 64:21, 65:23, 69:23, 70:5, 75:18
**is there** [2] - 23:2, 32:22
**issued** [1] - 23:21
**IT** [2] - 3:5, 3:21

## J

**JANE** [1] - 1:8
**January** [4] - 1:13, 13:10, 14:13, 79:20
**jewelry** [1] - 18:17
**job** [2] - 5:20, 25:11
**JOHN** [1] - 1:8
**John's** [2] - 11:18, 12:3
**journalists** [1] - 35:25
**Judge** [1] - 3:13
**June** [1] - 21:7
**jurat** [1] - 76:15

## K

**keep** [1] - 64:13
**knowledge** [2] - 9:16, 11:2

## L

**lacking** [3] - 16:4, 18:24, 31:4
**lanyards** [1] - 32:18
**large** [1] - 52:4
**last** [11] - 7:12, 32:13, 42:15, 46:15, 55:6, 55:7, 55:14, 67:10, 74:8, 75:22, 76:12
**LAW** [1] - 2:9
**Law** [1] - 1:22
**lawsuit** [3] - 9:3, 9:18, 10:16
**lead** [1] - 47:12
**lead-in** [1] - 47:12
**leading** [1] - 37:4
**leave** [2] - 23:24, 43:10
**let's** [2] - 58:2, 64:3
**letting** [1] - 31:13
**level** [1] - 11:12
**lieutenant** [3] - 22:2, 22:4, 22:9
**Lieutenant** [1] - 68:7
**likes** [1] - 40:18
**LLP** [1] - 2:4
**load** [1] - 45:4
**located** [9] - 28:15, 38:13, 39:17, 41:11, 48:14, 48:23, 48:25,

49:20, 75:17
**location** [3] - 39:13, 49:24
**looks** [2] - 40:18, 67:19
**lot** [1] - 5:21
**loud** [1] - 4:25
**louder** [1] - 47:22
**lower** [1] - 25:14

## M

**man** [2] - 60:3, 60:8
**MANDELL** [34] - 2:6, 4:8, 6:4, 6:8, 12:18, 24:24, 31:6, 31:14, 31:23, 32:6, 32:9, 33:13, 45:19, 47:13, 55:4, 55:11, 57:18, 61:13, 62:18, 63:24, 64:23, 67:3, 69:8, 70:9, 71:10, 71:24, 72:6, 72:9, 72:12, 74:22, 75:2, 76:3, 77:3, 78:5
**Mandell** [1] - 4:17
**Manhattan** [14] - 25:14, 25:15, 26:8, 27:7, 27:12, 28:9, 28:13, 28:20, 29:6, 29:10, 29:14, 43:11, 45:2, 46:5
**manner** [8] - 5:9, 6:24, 17:13, 18:18, 29:2, 36:23, 50:25, 57:4
**marching** [1] - 33:25
**MARKED** [4] - 78:8, 78:11, 78:13, 78:14
**marriage** [1] - 79:16
**mass** [1] - 28:9
**master's** [4] - 11:14, 11:20, 11:23, 12:19
**matter** [6] - 10:21, 11:8, 11:19, 33:2, 33:4, 79:18
**MAYNARD** [1] - 2:4
**mean** [1] - 18:2
**means** [2] - 15:25, 19:11
**meant** [1] - 64:12
**media** [9] - 29:13, 29:24, 31:2, 31:9, 31:21, 32:16, 44:13, 44:18, 44:21
**medications** [1] - 7:14
**member** [3] - 44:13, 44:17, 56:25
**members** [10] - 16:13, 24:9, 29:13, 29:24, 31:2, 31:8, 31:21, 32:16, 32:24, 44:21
**memorandum** [2] - 35:16, 35:20
**memory** [2] - 7:2, 38:11

**mentioned** [1] - 61:8
**middle** [2] - 59:15, 69:16
**military** [1] - 13:4
**minimal** [1] - 17:3
**minute** [6] - 45:20, 60:6, 60:22, 61:16, 62:14, 65:13
**minutes** [6] - 66:14, 67:25, 68:11, 68:15, 69:9, 71:9
**misquote** [1] - 18:2
**moments** [1] - 41:11
**Monday** [2] - 6:13, 26:18
**money** [1] - 18:15
**months** [1] - 14:19
**morning** [2] - 25:4, 25:8
**MOV** [2] - 72:2, 72:9
**move** [3] - 46:8, 50:4, 50:15
**moved** [1] - 49:23
**movie** [1] - 72:10
**MR** [33] - 4:8, 6:4, 6:8, 12:18, 24:24, 31:6, 31:14, 31:23, 32:6, 32:9, 33:13, 45:19, 47:13, 55:4, 55:11, 57:18, 61:13, 62:18, 63:24, 64:23, 67:3, 69:8, 70:9, 71:10, 71:24, 72:6, 72:9, 72:12, 74:22, 75:2, 76:3, 77:3, 78:5
**Mr** [63] - 36:11, 36:24, 37:6, 37:10, 40:17, 41:10, 41:15, 41:23, 42:6, 42:12, 42:19, 42:21, 42:24, 43:3, 43:6, 43:10, 43:19, 43:22, 44:3, 44:8, 44:12, 44:16, 44:25, 45:9, 45:13, 45:24, 46:4, 46:8, 50:25, 51:13, 51:22, 51:23, 52:4, 52:11, 52:14, 52:21, 53:7, 53:15, 54:14, 54:23, 55:16, 55:21, 55:23, 56:5, 56:13, 57:3, 63:9, 65:5, 65:19, 65:23, 67:8, 67:23, 68:21, 70:4, 70:15, 72:20, 73:14, 73:16, 73:24, 74:9, 74:18, 74:25, 76:11
**MS** [59] - 5:24, 6:7, 7:17, 8:4, 9:4, 9:10, 9:13, 11:5, 12:10, 12:13, 12:16, 13:19, 14:15, 14:25, 16:3, 18:23, 26:13, 27:20, 28:4, 30:8, 30:13, 31:3, 31:12, 31:16, 32:3,

CAPT. WILLIAM TAYLOR

32:11, 33:9, 36:13, 39:2,
46:19, 47:16, 50:11,
50:20, 52:6, 54:11,
54:17, 54:21, 55:2, 55:9,
55:13, 63:21, 64:21,
66:25, 68:10, 68:15,
70:6, 70:11, 71:8, 71:22,
72:4, 72:8, 72:11, 74:3,
74:20, 74:23, 75:3, 75:9,
75:21, 76:4
  **multiple** [2] - 26:4, 26:6
  **myself** [1] - 6:25

## N

  **name** [7] - 1:9, 4:9,
4:17, 9:17, 43:25, 58:8,
68:19
  **named** [3] - 9:2, 10:16,
11:8
  **names** [1] - 1:8
  **NAMVAR** [1] - 32:3
  **nature** [2] - 12:17, 58:20
  **neck** [1] - 32:18
  **NEW** [6] - 1:2, 1:7, 1:7,
1:17, 2:9, 79:4
  **nod** [1] - 5:2
  **nodded** [1] - 54:25
  **NONE** [2] - 78:8, 78:14
  **normal** [1] - 19:10
  **Notary** [3] - 1:24, 4:4,
79:7
  **NOTARY** [1] - 77:18
  **note** [6] - 7:17, 8:4,
16:3, 18:23, 26:13, 47:13
  **notice** [2] - 73:24, 74:8
  **number** [6] - 55:3,
64:21, 66:9, 66:10,
67:16, 67:18
  **NYPD** [2] - 8:16, 14:12

## O

  **O'CONNOR** [1] - 2:4
  **oath** [1] - 3:12
  **object** [6] - 11:6, 30:14,
33:10, 70:7, 74:21, 75:22
  **objection** [15] - 5:25,
7:18, 8:5, 16:4, 16:6,
18:24, 26:14, 27:20,
28:4, 31:3, 31:13, 31:16,
36:13, 39:2, 66:25
  **objections** [1] - 3:22
  **observe** [10] - 26:9,
29:23, 30:6, 30:19,
33:18, 34:13, 34:18,
41:22, 46:8, 51:22
  **observed** [1] - 31:7
  **obstruct** [1] - 29:3
  **obstructing** [1] - 46:4

  **obtain** [1] - 11:15
  **obtained** [1] - 12:22
  **obtaining** [1] - 11:22
  **obviously** [3] - 23:11,
55:25, 70:7
  **occasion** [2] - 39:15,
40:13
  **occasions** [16] - 7:23,
8:2, 9:21, 10:15, 21:14,
22:6, 29:21, 30:3, 31:7,
31:11, 33:16, 34:7,
34:11, 34:16, 34:22, 38:6
  **Occupy** [12] - 29:18,
29:22, 30:5, 30:24,
33:17, 34:12, 34:17,
34:22, 35:17, 35:25,
36:6, 44:22
  **occurred** [2] - 39:20,
75:25
  **October** [1] - 13:18
  **OF** [8] - 1:2, 1:7, 1:7,
1:17, 79:4, 79:5
  **offense** [2] - 15:22, 16:9
  **Offers** [1] - 1:7
  **officer** [34] - 8:16, 13:7,
13:12, 14:12, 14:17,
15:8, 15:16, 16:11,
16:16, 16:21, 17:6,
18:21, 19:12, 19:17,
20:3, 20:14, 20:15,
22:24, 23:4, 23:8, 24:14,
42:11, 54:14, 54:18,
56:25, 59:13, 60:23,
61:19, 62:24, 63:7,
64:16, 65:17, 65:21, 66:3
  **officers** [11] - 35:9,
42:11, 44:7, 65:4, 67:7,
67:22, 67:25, 68:22,
68:24, 70:3, 70:14
  **offices** [1] - 1:21
  **official** [1] - 9:19
  **Okay** [47] - 6:14, 8:9,
9:24, 10:6, 13:15, 14:16,
14:21, 15:12, 23:19,
26:20, 32:13, 33:22,
34:5, 35:3, 37:4, 37:11,
37:20, 38:2, 45:18,
48:12, 48:22, 49:5,
49:10, 50:3, 50:6, 50:10,
51:3, 52:17, 56:17,
57:17, 59:4, 59:19,
60:21, 61:9, 64:3, 64:17,
64:25, 65:16, 66:5,
66:11, 66:13, 68:9,
69:15, 71:3, 73:19,
74:14, 77:2
  **okay** [35] - 5:3, 5:4,
5:13, 6:2, 7:10, 10:18,
12:12, 13:22, 24:4, 24:5,
25:17, 30:13, 31:23,

32:6, 32:11, 33:13, 47:9,
48:25, 49:13, 54:5, 54:9,
54:15, 54:21, 55:9,
55:13, 57:7, 58:25,
62:10, 67:11, 72:11,
72:21, 74:20, 75:2, 75:8,
76:3
  **online** [1] - 12:24
  **opportunity** [1] - 23:23
  **oppose** [1] - 34:4
  **order** [12] - 13:24, 37:7,
39:7, 39:15, 39:21,
39:24, 40:4, 40:7, 40:14,
46:9, 48:15, 48:20
  **ordered** [4] - 25:22,
25:24, 25:25, 29:18
  **orderly** [1] - 29:2
  **orders** [4] - 26:4, 28:18,
37:7, 37:14
  **original** [2] - 3:9, 3:17
  **outcome** [1] - 79:17

## P

  **p.m** [2] - 1:14, 77:8
  **page** [1] - 76:14
  **PAGE** [1] - 78:4
  **papers** [1] - 10:11
  **part** [1] - 45:12
  **parties** [2] - 3:7, 79:15
  **pat** [2] - 17:18, 17:20
  **pat-down** [2] - 17:18,
17:20
  **patrol** [1] - 45:5
  **Patrol** [1] - 19:3
  **pause** [19] - 48:4, 53:24,
54:7, 59:25, 62:7, 62:13,
63:4, 63:15, 64:7, 65:8,
66:7, 67:15, 68:6, 69:3,
71:14, 73:2, 73:6, 73:9,
76:9
  **pedestrian** [3] - 29:3,
29:9, 52:11
  **people** [6] - 14:22,
27:19, 34:25, 37:15,
74:16, 75:17
  **percent** [1] - 75:10
  **perform** [1] - 41:15
  **performance** [1] - 24:13
  **performances** [1] -
24:13
  **period** [2] - 72:2, 73:21
  **periphery** [1] - 29:25
  **permit** [1] - 12:10
  **person** [14] - 15:9, 16:9,
16:23, 17:9, 17:14,
17:16, 17:23, 17:25,
19:21, 33:15, 33:18,
42:18, 51:19, 75:16
  **personal** [1] - 19:19

  **personally** [4] - 35:24,
36:10, 41:15, 41:22
  **persons** [4] - 19:14,
20:4, 20:8, 29:5
  **physically** [4] - 28:14,
38:13, 48:14, 75:17
  **picture** [1] - 55:23
  **pins** [1] - 51:18
  **placard** [4] - 33:5,
33:19, 40:24, 51:13
  **placards** [1] - 27:14
  **place** [1] - 48:8
  **PLAINTIFF** [1] - 1:4
  **plaintiff** [2] - 69:15,
71:20
  **Plaintiff** [2] - 1:19, 2:4
  **plaintiff's** [2] - 11:10,
69:23
  **play** [2] - 46:25, 66:4
  **Plaza** [13] - 25:15, 26:8,
27:7, 27:12, 28:9, 28:13,
28:20, 29:6, 29:10,
29:14, 43:11, 45:2, 46:5
  **plaza** [1] - 50:9
  **Please** [2] - 4:9, 4:12
  **please** [17] - 4:22,
11:13, 11:17, 12:4,
12:10, 13:9, 13:19,
20:19, 21:6, 25:9, 30:9,
35:4, 39:8, 47:18, 52:6,
59:5, 74:2
  **pockets** [1] - 18:19
  **point** [11] - 5:14, 13:6,
20:16, 25:12, 36:9,
41:14, 41:17, 44:11,
45:23, 46:3, 46:7, 54:3,
57:4, 57:6, 59:15, 67:23,
68:23, 68:25, 73:12,
73:15, 73:17
  **pointing** [1] - 60:25
  **points** [1] - 47:7
  **POLICE** [2] - 1:7, 1:17
  **police** [29] - 9:20, 13:7,
13:11, 13:14, 14:12,
14:17, 14:20, 15:8,
15:16, 16:11, 16:16,
16:21, 17:6, 18:21,
19:12, 19:15, 19:17,
20:15, 22:24, 23:4, 23:8,
24:14, 29:18, 35:9,
41:12, 64:16, 67:22,
68:22, 70:3
  **Police** [17] - 1:7, 13:12,
14:18, 19:18, 20:2,
20:12, 24:18, 36:12,
42:11, 44:7, 57:2, 59:12,
60:23, 61:18, 65:17,
65:20, 70:3
  **policed** [6] - 29:22,
30:4, 30:24, 34:12,

CAPT. WILLIAM TAYLOR

34:17, 34:22
**policing** [2] - 16:17, 33:17
**political** [1] - 51:18
**poorly** [1] - 45:11
**portion** [7] - 30:11, 31:25, 55:22, 57:21, 59:10, 61:17, 67:10
**precinct** [8] - 18:5, 18:10, 45:7, 45:10, 45:14, 58:15, 64:18, 70:21
**preparation** [1] - 6:11
**prepare** [2] - 43:17, 43:21
**prepared** [2] - 68:23, 73:23
**present** [3] - 29:24, 39:13, 40:10
**press** [4] - 16:13, 24:10, 32:25, 35:21
**previously** [1] - 55:14
**prior** [20] - 6:17, 11:22, 18:13, 29:16, 30:3, 30:23, 31:7, 31:11, 32:3, 33:16, 34:7, 34:11, 34:16, 34:21, 35:15, 35:19, 36:5, 49:18, 52:16, 73:22
**probable** [3] - 15:22, 15:25, 16:7
**Procedure** [1] - 1:20
**proceed** [3] - 59:21, 62:4, 71:11
**proceeding** [1] - 8:3
**produced** [1] - 71:19
**productive** [1] - 73:21
**professional** [2] - 12:21, 23:3
**promotion** [9] - 20:17, 20:21, 20:25, 21:4, 21:18, 21:22, 22:14, 22:16, 23:13
**promotions** [1] - 22:11
**proper** [1] - 70:12
**property** [2] - 17:23, 19:20
**protest** [4] - 44:22, 51:14, 51:24, 60:18
**protesters** [28] - 26:12, 27:6, 27:11, 28:2, 28:10, 28:25, 29:5, 30:6, 31:2, 31:8, 31:20, 34:13, 34:18, 34:21, 39:12, 39:16, 40:9, 40:15, 48:21, 48:23, 49:12, 49:14, 49:15, 49:18, 50:4, 52:5, 60:20, 66:24
**protesting** [1] - 41:3
**protestor** [5] - 32:23,

33:16, 33:20, 33:24, 51:6
**protests** [13] - 29:19, 29:22, 29:25, 30:5, 30:7, 30:25, 33:17, 34:12, 34:17, 34:23, 35:17, 36:2, 36:7
**provided** [2] - 37:23, 38:3
**provision** [1] - 37:18
**Public** [3] - 1:24, 4:4, 79:7
**PUBLIC** [1] - 77:18
**public** [2] - 16:17, 32:25
**purposes** [3] - 61:14, 67:6, 71:18
**pursuant** [1] - 1:19

## Q

**qualifications** [1] - 23:11
**question** [20] - 5:17, 5:19, 9:5, 9:12, 12:11, 15:2, 15:4, 25:10, 30:9, 30:15, 31:22, 32:4, 32:14, 36:18, 38:16, 45:12, 54:12, 55:15, 56:9, 67:5
**question's** [1] - 49:10
**questions** [8] - 4:19, 7:4, 7:8, 32:4, 47:7, 48:2, 57:6, 77:7
**QUESTIONS** [1] - 78:13
**quick** [1] - 54:12
**quickly** [1] - 68:2

## R

**R-e-d-m-o-n-d** [1] - 42:16
**rank** [4] - 21:8, 21:24, 22:19, 64:15
**re** [2] - 47:3, 47:25
**re-familiarize** [1] - 47:3
**re-familiarizing** [1] - 47:25
**read** [11] - 30:11, 31:25, 38:6, 38:13, 39:6, 39:15, 39:20, 39:24, 40:4, 40:14, 57:5
**reading** [3] - 37:14, 37:18, 39:10
**reason** [1] - 25:21
**reasonable** [2] - 16:8, 19:5
**recall** [46] - 8:18, 8:21, 10:20, 14:6, 14:7, 15:12, 15:20, 20:10, 24:11, 26:10, 26:11, 27:8, 27:10, 27:15, 27:24,

27:25, 28:7, 28:14, 28:17, 30:21, 30:22, 35:3, 35:5, 36:23, 38:15, 39:14, 39:19, 39:25, 40:17, 42:23, 43:2, 43:12, 43:13, 43:16, 44:14, 46:2, 46:6, 46:10, 48:13, 48:18, 49:3, 51:4, 51:22, 60:11, 60:14, 60:17
**receive** [24] - 13:24, 14:17, 14:22, 16:11, 16:16, 16:21, 16:25, 17:6, 18:9, 18:20, 19:24, 20:7, 20:22, 21:4, 21:18, 21:21, 22:10, 22:13, 22:16, 24:8, 26:3, 35:16, 35:20, 37:6
**received** [4] - 14:8, 20:17, 22:23, 28:18
**recent** [1] - 10:20
**recess** [1] - 74:5
**recognize** [16] - 19:13, 42:18, 57:2, 61:5, 61:9, 62:2, 62:23, 63:17, 66:2, 67:13, 67:21, 68:24, 69:4, 70:13, 72:19, 76:10
**recollection** [32] - 6:19, 6:24, 26:17, 26:21, 26:25, 27:5, 27:8, 37:2, 38:8, 41:25, 42:4, 42:8, 42:9, 48:7, 50:24, 51:12, 51:17, 52:3, 52:10, 52:20, 52:25, 53:4, 53:6, 53:10, 53:12, 53:14, 55:18, 55:20, 56:5, 56:12, 66:18, 75:24
**record** [18] - 4:10, 4:13, 5:8, 5:12, 5:21, 9:13, 9:15, 24:24, 25:2, 30:11, 45:19, 45:22, 50:20, 50:22, 61:14, 77:3, 77:5, 79:12
**records** [1] - 6:22
**red** [4] - 74:13, 74:15, 74:24, 75:5
**Redmond** [15] - 42:14, 54:20, 59:3, 59:8, 59:19, 61:12, 61:16, 62:9, 62:10, 62:19, 65:9, 65:14, 65:16, 69:5, 69:20
**Redmond's** [1] - 65:10
**reference** [1] - 73:15
**referred** [2] - 30:10, 31:24
**refresh** [21] - 6:24, 7:2, 26:24, 48:7, 50:24, 51:12, 51:17, 52:3, 52:10, 52:19, 52:24, 53:3, 53:6, 53:9, 53:11,

53:14, 55:17, 55:19, 56:4, 56:11, 66:17
**refreshed** [1] - 26:20
**refusing** [1] - 46:8
**regard** [1] - 19:24
**regarding** [13] - 14:22, 16:12, 16:17, 16:22, 17:2, 17:7, 17:9, 18:9, 20:4, 24:9, 35:17, 35:20, 43:18, 48:8
**related** [2] - 35:25, 79:15
**relation** [1] - 9:19
**relevant** [1] - 24:12
**remember** [9] - 8:25, 10:2, 13:25, 19:25, 25:3, 26:22, 37:25, 38:22, 43:5
**remembering** [1] - 23:17
**repeat** [1] - 39:8
**rephrase** [5] - 9:11, 9:12, 15:5, 39:9, 56:9
**reporter** [3] - 5:2, 30:12, 32:2
**reporters** [1] - 36:6
**reports** [1] - 58:19
**represent** [1] - 4:17
**REQUESTED** [1] - 78:7
**reserved** [1] - 3:23
**reset** [1] - 55:5
**resist** [2] - 42:24, 55:24
**resisted** [4] - 53:7, 53:19, 55:16, 55:21
**respect** [6] - 18:21, 20:8, 37:12, 44:16, 48:12, 60:18
**respecting** [1] - 7:5
**respective** [1] - 3:6
**respond** [2] - 5:8, 5:20
**response** [3] - 32:5, 39:19, 54:22
**retired** [3] - 68:8, 70:17, 70:25
**review** [1] - 6:10
**reviewed** [1] - 6:12
**reviewing** [9] - 6:17, 6:22, 50:23, 51:16, 51:21, 52:2, 52:9, 53:5, 53:13
**rewound** [1] - 55:8
**right** [40] - 5:12, 5:23, 6:3, 36:22, 38:11, 46:18, 47:8, 47:12, 47:20, 48:18, 55:12, 57:9, 57:11, 57:16, 57:20, 58:25, 59:8, 59:11, 59:16, 59:21, 60:5, 61:12, 61:17, 61:25, 62:4, 62:15, 62:17,

**Diamond Errata Sheet**

Plaintiff(s): _____

_____

_____

Defendant(s): _____

_____

_____

| Page | Line | Correction | Reason for Correction |
|------|------|------------|------------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

____e: _____   Subscribed and sworn to before me   Dat_

___ame of Witness: _____   This _____ of _____ 20____